FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
11/9/2023 11:10 AM
JAMIE SMITH
DISTRICT CLERK
23DCCV1721

CAUSE NO. _____

| | | |
|---|---|---|
| ROBOGISTICS, LLC, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | JEFFERSON COUNTY, TEXAS |
| | § | |
| DEMATIC CORP., JAMES ULINKSI, | § | |
| and DEAN PRIEBE, | § | |
| | § | _____JUDICIAL DISTRICT |
| Defendants. | | |

## PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER, TEMPORARY INJUNCTION, AND PERMANENT INJUNCTION

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW Plaintiff **Robogistics, LLC** ("Robogistics"), and files this its Original Petition and Application for Temporary Restraining Order, Temporary Injunction, and Permanent Injunction against Defendant **Dematic Corp.** ("Dematic"), Defendant **James Ulinski** ("Ulinski") and Defendant **Dean Priebe** ("Priebe"), as follows:

### I. Introduction

1.      Robogistics is based in Port Arthur, Texas, and is a manufacturer of Robotic Automation System used in various packaging and logistics industries. It designs, builds and installs robotic automation systems used by businesses throughout the United States and other countries.

2.      Dematic is an American supplier of materials handling systems, software and robotic logistical services, and it has conducted business at all times material to the allegations in this petition in Texas and elsewhere.  Ulinski and Priebe acted individually in furtherance of the allegation in this Petition against Dematic.

3.      In April of 2019, Dematic sent a Request for Proposal ("RFP") to Robogistics for a robotic layer picking gantry system solution for one of Dematic's customer's mix layer-palletizing project (the "Project").

4.      Robogistics' primary and material responsibility for the Project was to design and build the Robotic Gantry System ("the Gantry System"), i.e., inclusive of the actual superstructure, associated patented end of arm tooling and automation concepts of each robot gantry with embedded software allowing each robot to receive and execute commands.

5.      Dematic's primary and material responsibility for the Project was to build and otherwise provide the Warehouse Control System ("WCS"), a computer program and software designed and built by Dematic to control the Gantry System, thereby utilizing the Robogistics' Gantry System to build product orders based on instructions and commands supplied and controlled by Dematic's WCS.  In short, Dematic's WCS was a critical component of the Project, and without it, Robogistics could not test or integrate the Gantry System.  In addition, it was Damatic's responsibility to provide environmental logistical control, including but not limited to temperature control.

6.      After several months of negotiations, including meetings at Robogistics' offices in Texas, the parties reached an agreement, Dematic issued Purchase Order No. 4501541267 on January 15, 2020.[1]  Shortly thereafter, the Project was placed on hold by Dematic, but later reinstated in January of 2021.

7.      Upon Dematic's reinstatement of the Project, the parties spent several weeks re-negotiating the terms of the Project, including changes in its scope and in the terms and conditions of performance.   Robogistics acknowledged in writing by letter dated February 10, 2021[2] that it

[1] A true and correct copy of  Dematic Purchase Order No. 4501541267 is attached and incorporated as Exhibit 1.
[2] A true and correct copy of this February 10, 2021 acknowledgement is attached and incorporated as Exhibit 2.

- 2 -

would only accept the payment terms expressed in Dematic's Purchase Order No. 4501541267, while the terms and conditions expressed by Robogistics in its Proposal No. 1033.2020.P.3[3] would govern between the parties. The total contracted amount for the Robogistics Gantry System was $2,818,861.81.

8.    In that same February 10, 2021 acknowledgement letter, Robogistics included its invoice to Dematic for the downpayment on the Project in the amount of $563,772.20, as well a separate invoice for $78,659.55 representing payment for agreed impact costs to Robogistics for the delay in restarting the Project. Dematic accepted Robogistics' qualifications and exceptions to Dematic's Purchase Order No. 4501541267, and Dematic paid these two invoices without objection. Between February 2021 and January 2023, Dematic issued three change orders on the Project that did not expressly or impliedly except to, or otherwise call into question, the applicability of the terms and conditions contained in the Robogistics' Proposal No. 1033.2020.P.3.[4]

9.    Dematic knew that it could not perform its responsibilities when it agreed to Robogistics' terms and conditions in February of 2021. By way of example, but not limitation, Dematic's knowledge of its inability to perform when it accepted Robogistics' February 10, 2021 terms and conditions was at least two-fold. First, after Robogistics' work on the Gantry System was well underway, Dematic disclosed that its Project specifications regarding the temperature of its customer's facility, including certain temperature output from certain equipment was materially incorrect. This was a significant problem for Dematic because it had not only miscalculated the operating temperature of its customer's facility (i.e., where the Gantry System was being installed),

---

[3] A true and correct copy of Robogistics' Proposal No. 1033.2020.P.3 is attached and incorporated as Exhibit 3.
[4] True and correct copies of each of these change orders are attached and incorporated, respectively as Exhibits 4, 5 and 6.

this miscalculation required Dematic to re-engineer the cooling necessary for the heat generated by the Gantry System.  Between 2021 and the end of 2022, Defendant Ulinski materially and repeatedly misrepresented that temperature issues were not the fault of Dematic and instead the fault of Robogistics.  Ulinski made these misrepresentations during multiple engineering meetings that caused the Project to be delayed, because both Ulinski and Dematic knew that Dematic could not deliver the requisite hardware for the cooling, which in turn delayed Dematic in its completion of the WCS software.  Dematic and Ulinski wrongfully cast Robogistics as the cause of the Project delay, thereby engaging in a stall tactic to allow Dematic to perpetrate its fraud on Robogistics to claim ownership rights to use the Gantry System (including but not limited to its source code and intellectual property) without paying fully for such ownership and use.  This conduct by Dematic, Ulinsky and Priebe caused substantial delays in the Project, including but not limited to requiring Robogistics to make material changes to Gantry System to adapt its ability to function in the actual temperature of the customer's facility.

10.    Second, Dematic could not design or build the WCS to function properly, if at all. In January of 2023, Priebe, who was Dematic's director over the Project, including over Dematic's responsibility for developing and providing the logistic solutions, including but not limited to WCS software, agreed to a written site acceptance testing protocol ("SAT") that expressly recognized Dematic's responsibilities as follows:

> It is understood and expected that in order for the Robogistics (RG) Automation to perform and satisfy the mechanical, electrical and controls architecture as ordered and built by RG that Dematic Automation must present a balanced condition automation.[5]

---

[5] A true and correct copy of the SAT is attached and incorporated as Exhibit 7.

11.    In or about May of 2023, Priebe admitted to Robogistics' principals that Dematic was unable to complete the WCS software and provide balanced condition automation. As of the date of filing of this petition, Dematic has never been able to provide a functioning WCS or balanced condition automation. Moreover, Dematic has failed and refused to cure the deficient WCS or the lack of balanced condition automation, instead claiming that Robogistics' Gantry System is completely at fault.

12.    In the first week of May of 2023, Dematic issued a "Notice of Default" Letter which improperly blamed Robogistics for Project delays and deficiencies which were directly caused by Dematic. Robogistics responded by letter dated May 9, 2023 expressly advising Dematic, among other things, that Dematic's WCS was "preventing [Robogistics from conducting] proper testing and integration of the [Gantry System]."

13.    Dematic continued to take its pre-written code to re-write, correct and update their WCS and did nothing regarding its deficient WCS in response to Robogistics. Instead, in the first week of August of 2023, Dematic issued a "Failure to Cure" letter to Robogistics. By letter dated August 10, 2023, Robogistics again responded to Dematic detailing point-by-point Dematic's failures to perform which prevented Robogistics from performing final testing on the Gantry System, including but not limited to Dematic's unfinished software program necessary for the operation of the Gantry System.

14.    In September of 2023, during middle of the site acceptance test (SAT) of the Robogistics East Gantry, Dematic again rejected Robogistics' reply, and unilaterally issued a "Notice of Termination" letter to Robogistics, and as of the filing of this Petition, is threatening to take full ownership and control of Robogistics' Gantry System without full payment to Robogistics of all amounts owed, as agreed in CO 2.

- 5 -

15.    Essentially, Dematic is acting as though it has done nothing materially wrong in failing to complete the Project, despite overwhelming evidence to the contrary, and that all fault is on Robogistics, thus entitling Dematic to full ownership of the Gantry System, including all intellectual property of Robogistics within the Gantry System without full payment to Robogistics. In this connection, Dematic has openly expressed that it will complete the Project without Robogistics, and without paying Robogistics, while using Robogistics' entire Gantry System, including its software, source code and intellectual property.

16.    In its last change order issued in January 2023 (Exhibit 6), Dematic approved two payments to Robogistics each in the amount of $191,211.10 for a total of $382,422.20. Robogistics invoiced Dematic for these amounts, and to date, Dematic has failed and refused to pay Robogistics all or any part of these amounts. In addition, in the January 2023 change order (Exhibit 6), Dematic approved a third and final amount to Robogistics of $181,350.00 to be paid to upon completion of the Project, which Dematic wrongfully continues to prevent from occurring. Dematic has likewise failed and refused to pay this amount to Robogistics. Because of Dematic's delays and refusal to perform its obligations under the agreement between the parties (including but not limited to providing a complete and operating WCS software system), Robogistics has incurred costs, including but not limited to those incurred by it for extending rental of heavy equipment in the amount of $30,901.15. These amounts represent contractual damages almost equaling $600,000.00 (approximately 20% of the entire contract amount), but do not include the value of the Gantry System which Dematic has no claim to absent full payment under its agreement with Robogistics.

17.     Dematic's threatened course of action will interfere with and potentially destroy, Robogistics' confidential and proprietary information, including its protected source code, which is part of the Gantry System.

## II. Discovery

18.     Pursuant to Rule 190.1 of the Texas Rules of Civil Procedure, Robogistics intends to conduct discovery under Level 3 of the Texas Rules of Civil Procedure and request that this Court enter a proper discovery order.

19.     Robogistics affirmatively pleads that the expedited actions process of TEX. R. CIV. P. 169 does not govern this action, and Robogistics intends to submit a Motion for Expedited Discovery.

20.     Pursuant to TEX. R. CIV. P. 47(c), Robogistics discloses that it currently seeks monetary relief of over One Million Dollars ($1,000,000.00) including damages, penalties, costs, expenses, pre-judgment interest, and attorneys' fees. Robogistics also seeks other, non-monetary injunctive relief as more particularly set forth below.

## III. Parties

30.     Plaintiff Robogistics, LLC is a duly formed Texas limited liability company with its principal place of business in Jefferson County, Texas.

31.     Defendant Dematic Corporation is a corporation organized under the laws of Delaware and authorized to conduct business in Texas. Dematic may be served with process through its registered agent, C.T. Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201-3136.

32.    Defendant James Ulinski is an individual residing and doing business in Texas at all relevant times. He may be served with process at his place of business at 1122 S. Capital of Texas Hwy., Austin, Texas 78746 or wherever he may be found.

33.    Defendant Dean Priebe is an individual doing business in Texas at all relevant times. He may be served with process at his place of business at 1122 S. Capital of Texas Hwy., Austin, Texas 78746 or wherever he may be found.

34.    **IV. Jurisdiction and Venue**

35.    This Court has personal jurisdiction over the parties, jurisdiction over the subject matter, and the relief sought herein is within the jurisdictional limits of this Court.

36.    The parties are residents of Texas and/or conduct business in Texas, and the Court has personal jurisdiction over Dematic.

37.    Robogistics' terms and conditions provide that "[a]ny contract resulting from Seller's quotation or acknowledgment of Buyer's purchase order shall be governed by and construed in accordance with the laws of the State of Texas."[6]

38.    Further, the Parties negotiated the Purchase Order in the State of Texas and Dematic conducts business within the state and is therefore subject to jurisdiction of this Court.

39.    In accordance with Sections 15.020, 15.004 and 15.005 of the Civil Practices and Remedies Code, venue is proper in Jefferson County because Dematic expressly consented to application of Robogistics' Terms and Conditions by processing the PO, and  because the PO constitutes a "major transaction" as defined by Section 15.020 of the Civil Practice and Remedies Code.

---

[6] Exhibit 3.

40.     Further, venue is proper in Jefferson County, Texas, because it is where Robogistics maintains its principal place of business and where the Parties negotiated and executed the Purchase Orders and Change Orders.

## V. Facts and Background

41.     Robogistics manufactures complete material handling systems and custom equipment, including industrial robots and other automated equipment and machines.

42.     Throughout the course of this Project and negotiations of the PO and the COs, numerous meetings took place at the Robogistics' facility in Port Arthur, Texas with Project-teams for Dematic and its customer.

43.     On January 8, 2020, Robogistics submitted a Proposal in response to Dematic's RFQ and the Project conditions and specifications stated therein.

44.     Robogistics' proposal included two (2) gantry frames and four (4) Model rBuild 2000 Gantry Robots with patent and patent pending multifunctional gantry layer Heads and end of arm tools robotic concept with associated software, including pre-programmed controls technology to communicate with the Dematic Automation system including the WCS.

45.     On January 15, 2020, Dematic placed a purchase order for Robogistics' Gantry Automation System including two (2) gantry frames and four (4) Model rBuild 2000 Gantry Robots with patent and patent pending multifunctional gantry layer heads end of arm tools robotic concept.

46.     Dematic, however, despite recommendation, did not purchase or include Robogistics' "supervisory system" and the YZ and Z axis Controls or Robogistics' "Gantry Safety Separation Head Adaptation Systems." Instead, Dematic intended to use its own WCS as the supervisory and YZ and Z coordinate system.

- 9 -

47.     Robogistics was to provide the software coordinates programming for the X and Y axes only and Dematic was responsible for providing the YZ and Z coordinates through its own Dematic WCS supervisory system. Without the Z coordinates supplied by the WCS, the Gantry System would not operate.

48.     Approximately four (4) months into the Project, Dematic's customer placed the Project on a temporary hold and later cancelled it.

49.     The Project was later reinstated, and on September 17, 2020, Dematic sent Robogistics an updated RFQ which included changes to the Project scope and terms.

50.     Because changes were made to the Project's technical scope and the terms, Robogistics and Dematic engaged in further negotiations over the purchase order terms in Port Arthur, TX.

51.     Dematic accepted Robogistics' updated proposal and on February 10, 2021, it placed a final, revised PO.

52.     Robogistics acknowledged and confirmed the PO with the specific caveat that Robogistics' "terms and conditions" would apply to it.

53.     Dematic accepted, processed, and issued down payment on PO, as acknowledged by Robogistics, and agreed to the application of Robogistics' terms and conditions.

54.     Several months later, during the engineering phase of the Project, Dematic informed Robogistics that it made a significant mistake in the specifications as to the temperature of the facility.  Specifically, Dematic mistakenly indicated the customer's warehouse conditions for the Project was "10°F", when in fact, it was "-10°F".

55.     As a result of Dematic's mistake, the PO was placed on a temporary hold in order for Robogistics to research and redesign the Gantry System to function in extreme temperature conditions.

56.     Not only did Robogistics have to change the design of the Gantry System, but many of the suppliers were unable to provide parts and products capable of operating in such an extremely cold environment.

57.     For example, but not by way of limitation, Robogistics had to locate a new servo motor & gear box supplier that was able to meet the temperature and conditions.

58.     After months of research, Euro-SEW advised and confirmed, but would not guarantee, that its product would be able to operate in a "-10°F" environment.

59.     Robogistics also had to re-design the entire electrical platform as well as major portions of the Gantry System's mechanical systems.

60.     Robogistics and Dematic discussed the impact the temperature mistake/change had on the Project and the agreed-upon delivery dates.

61.     Robogistics made it clear to Dematic that the Project delivery dates would be impacted since it now had to re-design the entire electrical platform and major portions of the gantry's mechanicals, and then test the System to ensure it was capable of operating in the -10°F environment.

62.     Further, due to the extreme temperature requirements, Robogistics could only perform the tests on the re-designed Gantry System in the -10°F environment at the customer's facility.

63.     Robogistics proposed a Change Order (Exhibit 4) which addressed: 1) the delays to the Project's timeline caused by Dematic's temperature mistake; 2) the fact the site acceptance

test dates ("SAT") could only be estimated- not confirmed; 3) the fact that all testing of the System and equipment had to be done at the customer's facility; and 4) the fact there were no guarantees that all components, as designed, would function under the extreme temperature conditions. Dematic accepted this Change Order without qualification or exception.

64.    Several months later, Robogistics' third-party vendor for the servo motors and electronic drive system, SEW, advised that the production and shipment of the electronic drive system was delayed for more than six (6) months due to Covid-19 supply chain issues.

65.    Robogistics immediately informed Dematic of SEW's production and supply chain delays.

66.    During the engineering and production phase, Dematic, who was under pressure to meet deadlines from its customer, asked Robogistics to ship the unfinished and untested gantry head and EOAT components to the customer's facility.

67.    Robogistics expressed concerns with shipping untested and unfinished equipment for use in the extreme temperature conditions. Robogistics further warned Dematic that the gantry heads were now considered a research and development head system, particularly because of the new SEW servo-gear design, and would need to be tested in the facility before the gantry heads were released to production.

68.    Despite Robogistics' concerns, Dematic insisted the unfinished and untested equipment be shipped to its customer's facility and that the System be completed on-site.

69.    Robogistics kept one gantry head assembly at its facility in order to test it with the new design and SEW components.

- 12 -

70.    Once on-site at the facility, Robogistics quickly realized it needed additional resources, like millwrights, electricians and technicians who were familiar with Robotics and Gantry installation applications to complete the System in the extreme the -10°F conditions.

71.    The Robogistics' technicians that were trained and qualified to work on the Gantry System were not accustomed to working in the extreme temperatures, and those that could handle the conditions were only able to work for, at most, 45-minute periods of time.

72.    Moreover, there was a shortage of subcontractors available to Robogistics to finish the Project at the facility because both Dematic and its customer were competing for the same pool of subcontractors to install equipment at the facility.

73.    Dematic had still not successfully completed the WCS software required to operate that Gantry System and had to engage additional subcontractors for its own Project scope.

74.    Robogistics completed one gantry head at their Port Arthur, Texas facility, and began testing it on cases, pallets, and products similar to Dematic's customer's. Unfortunately, despite its agreement to do so, Dematic never sent its customer's actual products and samples and never provided any initial WCS formats for testing by Robogistics.

75.    Because Dematic failed to provide its customer's actual products for testing, Robogistics could not perform a site acceptance test (SAT).

76.    To mitigate further delays, Robogistics and Dematic agreed to omit the SAT and Robogistics released the unfinished gantry heads and components to Dematic's customer.

77.    Per the Project's technical specifications and captured in Robogistics' proposal, prior to operation of the Gantry System, Dematic had to provide a "balanced condition" production environment, including tested and fully operational software for Dematic's Warehouse

Management System (WMS) and WCS, and a fully functional and tested Automatic Retrieval System "AS RS," with associated conveyance highway to deliver full pallets.

78.    Dematic had agreed to provide an AS RS which would store full pallets, and then release them to Robogistics' Gantry System as instructed by the WMS and WCS software.

79.    Essentially, Dematic's WMS and WCS software was supposed to control the movement and flow of all products within the facility, and to Robogistics' Gantry System.

80.    Robogistics' Gantry System was dependent on wireless communication from Dematic's WCS and it could not be operated or fully integrated, without it.

81.    Dematic's failure to implement a wireless communication gateway with the customer's facility/products, and its failure to write the software required to operate the WMS and WCS, contributed to the Project delays and prevented Robogistics' ability to pre- test the Gantry System for the initial pre-factory site acceptance test.

82.    Dematic's insisted on performing pre-tests before its WMS-WCS software was finished and functional which caused several crashes and damage to the Gantry System.

83.    Because Dematic elected not to purchase the Robogistics' Supervisory system (SOAL), the Gantry Heads could not operate with proper commands, including servo axis coordinates, from Dematic's WCS.

84.    Likewise, Dematic's decision not to purchase Robogistics' separate Gantry Safety Zones caused delays because it prevented operation of one gantry head while the second gantry head was tested and programmed.

85.    Ultimately, because Dematic failed to provide a functional and operational AS RS, and WCS, capable of issuing correct commands to the Gantries (including vertical Z axis

coordinates and a steady flow of order commands), Robogistics could not completely install, integrate, or test its Gantry System.

86.     Dematic's lack of consistent and effective leadership also caused significant delays to the Project, including the fact it changed Project managers at least 5 times.

87.     In February of 2023, Robogistics and Dematic negotiated a third contract Change Order (Exhibit 6) to account for Dematic's delays and Project failures.

88.     Specifically, per this third contract Change Order (Exhibit 6), the parties agreed that Robogistics would be paid the full contract amount and would not be penalized for delays in integration caused by Dematic's failure to provide a functional WCS.

89.     Dematic agreed to release milestone payments within sixty (60) days of an invoice becoming due, regardless of the outcome of Gantry Head startup.

90.     In breach of this third contract Change Order (Exhibit 6) as wells as the parties' February 10, 2021 agreement, Dematic failed to issue payments within 60 days of invoicing on multiple invoices and Robogistics placed it on a credit hold, which caused further delays.

91.     On May 8, 2023, Dematic issued a "Notice of Default" letter to Robogistics, advising of alleged "defaults" and giving it 10 days to cure them.

92.     On May 9, 2023, Robogistics responded, in good faith, rejecting Dematic's notice of default, because:

- the Project was delayed due to Dematic's technical mistakes in the temperature conditions and

- Dematic failed to perform its own scope of work (including Dematic supplied AS RS, pallet conveyors and completion of communication architecture including WCS)

- Dematic's failures prevented Robogistics from completing proper testing and integration of the automation system.

93.    Robogistics stated its intention to continue working in good-faith with Dematic to complete the Project and thereafter, continued to attend daily roll call and monthly executive meetings to go over and update the Project timeline.

94.    Between May 9, 2023 and August 3, 2023, Dematic and Robogistics continued to work collaboratively to complete a production environment for the East Gantry, including several on-site meetings with Dematic's customer.

95.    Per Dematic's direction, work on the West Gantry was placed on hold and all resources were focused on the East Gantry.

96.    Despite the fact Dematic's failure to successfully or timely complete and test its WMS and WCS, it continued to move forward without addressing and resolving the software issues.

97.    Robogistics was, and is, ready to move forward with testing and integration of its System, but it cannot do so until Dematic completes its portion of the work on the Project.

98.    After several months of working collaboratively and Robogistics demanding payment per the change order, on August 3, 2023, Dematic issued a "Notification of Failure to Cure" Letter.

99.    In response, Robogistics again advised Dematic and its customer that it did not cause the delays and that Dematic owed payments per the third contract Change Order (Exhibit 6).

100.    In August of 2023, Dematic's customer requested a meeting with Robogistics to discuss the Project and the delays caused by the WMS; Dematic's customer expressed its support of Robogistics on the Project.

101.    Finally, on September 7, 2023, while still actively working with Robogistics to complete the initial SAT for the East Gantry heads, Dematic issued a formal "Notice of Termination" letter.

102.    Dematic is attempting to improperly terminate Robogistics, take ownership of Robogistics' System without proper training, in order to use of the Gantry System, for the purpose of avoiding its remaining payment obligations and securing wrongful possession of Robogistics' intellectual property.

103.    Per the terms of the third contract Change Order (Exhibit 6), until final commissioning, training, and final payment, Dematic has no right or entitlement to the software license, its patented end-of-arm tool and it cannot operate the Gantry System or have access to Robogistics' source code protected programs and software.

104.    As of the filing of this Petition, Dematic and its customer have not been properly trained to operate the Gantry System, and the System cannot pass the Site Acceptance Test (SAT).

105.    Dematic's threatened course of action will interfere with, and potentially destroy, Robogistics' confidential and proprietary information, including its intellectual property and source code protected software.

106.    Further, Dematic's threatened course of conduct will further interfere with Robogistics' existing relationship with the end-user, who is who is negotiating the purchase of a another Robogistics' Gantry with a third-party integrator , and with its other business relationships in the industry.

107.    Dematic's course of action and attempted termination, despite its role in causing delays to Robogistics' work, its agreement to waive certain deadlines, and the fact Robogistics has continued to act in good-faith to resolve any issues, is an attempt to avoid its payment obligations

and take control and ownership of Robogistics' intellectual property and source-code projected software.

108.    Accordingly, as described in more detail below, equity must intervene in this situation to prevent irreparable harm to Robogistics' business operations, customer relationships, its investment, intellectual property, and its source code protected software.

## VI. Causes of Action

### A.  <u>Application for Temporary Restraining Order, Temporary Injunction, and Permanent Injunction</u>

109.    Robogistics re-alleges and incorporates the paragraphs set forth above.

110.    Dematic has engaged in tortious and unlawful conduct and have improperly initiated steps to improperly terminate Robogistics, take ownership of and use the Gantry System without proper training or testing, for the purpose of avoiding its remaining payment obligations and securing wrongful possession of Robogistics' intellectual property and source code protected programs.

111.    Dematic's threatened course of action will misappropriate, interfere with, and potentially destroy, Robogistics' Gantry System, confidential and proprietary information, including its intellectual property and source code protected software, as well as unfairly compete with Robogistics.

112.    Robogistics believes Dematic is actively engaged in the unlawful conduct as set forth herein.

113.    As a result of Dematic's unlawful actions, Robogistics is suffering and will continue to suffer immediate and irreparable harm for which there is no adequate remedy.

114.    There is no adequate remedy because Robogistics cannot retrieve its intellectual property, confidential trade secrets and other property which Dematic has appropriated and is otherwise using.

115.    There is also no adequate remedy because Dematic is: 1. damaging Robogistics' goodwill with its customers; 2. usurping business opportunities and diverting business away from Robogistics; 3. inducing Robogistics' customers; and 4. using Robogistics' trade secrets and/or confidential information to gain a competitive advantage and unfairly compete with Robogistics.

116.    Absent injunctive relief from the Court, Robogistics has no adequate remedy for Dematic' unlawful actions.

117.    For the foregoing reasons, Robogistics seeks the following temporary restraining order enjoining and restraining Dematic and those acting by, through and under it as follows:

    a) Dematic shall not claim ownership of or attempt to use the Gantry System and take measures to prevent any other third-party to use, impair, damage, or remove any of Robogistics' Gantry System or other deliverables at the site, including but not limited to, Robogistics' intellectual property, confidential information, documents, computers, procedures and templates, computer files, information about customer preferences, marketing strategies, proposals, pricing strategies, technical process data, and other proprietary information and trade secrets (collectively referred to as Robogistics' "Confidential Information");

    b) Dematic shall not operate or dismantle the Gantry System;

    c) Dematic shall not use, disclose, or encourage (directly or indirectly) the use or disclosure of any of Robogistics' Confidential Information;

    d) Dematic shall be restrained from transferring information or decompressing any of Robogistics' software;

    e) Dematic shall cease and desist from further enforcement of any cure period against Robogistics;

    f) Dematic shall not delete copy, modify, change, destroy, erase, mutilate, conceal, alter, transfer, write over, or otherwise dispose of, in any manner,

directly or indirectly, any documents or records of any kind that are relevant to the claims and defenses asset in this lawsuit, including but not limited to:

1.  All related intellectual property;

2.  Computers, such as desktop and laptop computers related to the Project;

3.  All writeable CDs, writeable DVDs, memory devices, external hard drives, USB flash drives and thumb drives, and memory sticks;

4.  All cell phones and portable e-mail devices (e.g., iPhone, or other -- smartphone" devices);

5.  All e-mail accounts, server access rights or messaging systems;

6.  Dematic may not hire, solicit, contact, or attempt to contact any of Robogistics' employees or former employees, independent contractors, consultants, or other personnel with whom Dematic had contact, or whose name became known to Dematic, during the Project; and

g) Dematic shall not communicate with any of Robogistics' employees, independent contractors, consultants, or other personnel regarding any issues in this lawsuit.

h) Dematic shall cease communication with its customer's employees who were involved with the Project about Robogistics.

118.    It is probable that Robogistics will establish their causes of action against Dematic and prevail on the legal and equitable relief that it seeks against and from Dematic.

119.    As a direct result of Dematic's conduct, Robogistics has suffered and will continue to suffer damages.

## B. Breach of Contract

120.    Robogistics re-alleges and incorporates the paragraphs set forth above.

121.    Robogistics to design and install the Gantry System in exchange for mutual promises and payment of money.

122.    Dematic had a duty always to perform contractually and in good faith in its dealings with Robogistics.

- 20 -

123.    Dematic failed in its obligation under the terms and conditions agreed to by the parties including, but not limited to, the following:

    a. to provide Robogistics with an accurate and complete disclosure of the DOT Food project and to provide afunctional and operational WMS and WCS, which was capable of issuing correct commands to the Gantry System (including vertical coordinates and a steady flow of order commands), required to complete testing and integration of the Gantry System.

    b. to provide the middleware software (WCS) it required for use in the Gantry System, to be functional and defect-free;

    c. to treat as confidential all of Robogistics' know-how and intellectual property throughout the Project and to maintain confidentiality;

    d. to provide Robogistics with access to the East Gantry for testing of the Gantry System and with an updated implementation commissioning plan to reach SAT for East Gantry and the West Gantry.

    e. to provide Robogistics with start-up spares parts to correct SEW motor failure.

    f. to properly schedule the site acceptance test to allow for payment;

    g. to provide Robogistics with the opportunity to fully test the East and West Gantry Robots system for production integration and SAT readiness in a balanced condition environment per Robogistics proposal and technical data.

    h. to provide Robogistics with "real order" and full-pallet testing in a balanced condition of the Gantry System;

    i. to provide on-site Dematic software developers to complete the Global Automation program software;

    j. to follow SOO protocol as agreed by both parties;

    k. to provide timely and full payment(s) to Robogistics on invoices and the contracted value of Robogistics' Gantry System, as agreed upon by the parties.

124.    Dematic has breached all the contractual obligations and duties listed above. Separately, or in the alternative, the conduct of Dematic constituted anticipatory breach of its material obligation under its agreement with Robogistics.

125.    Robogistics has fully performed its obligations and has fulfilled any condition precedent.

126.    Robogistics has been damaged as a result of Dematic's breach of contract and did not get the full benefit of the bargain owed to it under the parties' agreement.

127.    Robogistics is entitled to injunctive relief to prevent Dematic from claiming ownership and attempting to use, or engaging a third-party to use, the Gantry System, and from the  disclosure or destruction of confidential and proprietary information

128.    In addition, because of Dematic wrongful breach of the agreement, Robogistics is also entitled to damages occasioned by said breaches, including but not limited to, unpaid amounts under the contract for the Gantry System, return to Robogistics of the Gantry System, attorneys' fees,  litigation costs,  and  expenses incurred with the filing of this action to enforce its rights.

## C. Conversion

129.    Robogistics re-alleges and incorporates the paragraphs set forth above.

130.    Dematic has failed to pay Robogistics the amounts set forth in the PO and COs for the Gantry System.

131.    Dematic claims ownership and control over Robogistics' Gantry System and intellectual property.

132.    Dematic's acts and omissions complained of, and the failure to issue full payment for work performed, constitutes conversion of Robogistics' Gantry System and intellectual property.

143.    Dematic's unlawful retention of benefits has damaged Robogistics, and unjustly enriched Dematic in an amount to be determined at trial.

### E.  Trade Secret Misappropriation

144.    Robogistics re-alleges and incorporates the paragraphs set forth above.

145.    Robogistics' confidential and proprietary information, including, but not limited to, its intellectual property, source code protected software, patented end-of arm tooling, other documents (hereinafter referred to as "Robogistics' Confidential Trade Secrets") and information constitute trade secrets and confidential information that may give Dematic an unfair competitive advantage.

146.    Robogistics' Confidential Trade Secrets are not generally known to the public and Robogistics has taken measures to guard the secrecy of the information.

147.    Dematic breached its agreement and duties by using and disclosing Robogistics' Confidential Trade Secrets, thereby causing Robogistics substantial damages.

148.    Dematic conduct was malicious, deliberate, willful, or in the alternative at least grossly negligent.

149.    As a direct result of Dematic's conduct, Robogistics has suffered and will continue to suffer damages.

### F.  Common Law Misappropriation

150.    Robogistics re-alleges and incorporates the paragraphs set forth above.

151.    The foregoing conduct of Dematic constitutes the common law tort of a misappropriation of Robogistics' Confidential Trade Secrets.

152.    As a direct and proximate result of the conduct of Dematic, Robogistics has suffered and will continue to suffer immediate and irreparable injury, loss, harm, or damage.

### G.  <u>Violations of the Texas Theft Liability Act</u>

153.    Robogistics re-alleges and incorporates the paragraphs set forth above.

154.    Dematic's conduct constitutes misappropriation and theft of Robogistics's Confidential Trade Secrets constitutes a violation of the Texas Theft Liability Act. *See* TEX. CIV. PRAC. & REM. CODE § 134.001 *et seq*.

155.    Dematic is liable for the actual damages caused by their potential theft of Robogistics' trade secrets and confidential information.  In addition to actual damages, Robogistics is entitled to recover additional damages provided by the Texas Theft Liability Act, court costs, and reasonable attorney's fees, as provided by Section 134.005 of the Act.

156.    Dematic issued a Notice of Breach and made demands to cure and complete the Project which were not only unreasonable but were impossible to achieve since Dematic's WCS system and software, which was necessary for Robogistics to complete its Gantry System, was not, and still is not, complete, or operational.

157.    Dematic made the demands to cure with knowledge that it had not completed its WCS software which was required to meet the deadline, in order to accomplish the wrongful termination of Robogistics, avoid its payment obligations, and enrich itself by taking over Robogistics' intellectual property and machinery.

158.    As a direct result of Dematic's conduct, Robogistics has suffered and will continue to suffer damages.

### H.  <u>Active Fraud, Fraudulent Concealment and Fraud in the Inducement</u>

159.    Robogistics re-alleges and incorporates the paragraphs set forth above.

160.    Dematic, Ulinski and Priebe knowingly omitted material facts and/or provided false and misleading information about its ability to complete and provide software and an operational WCS system, necessary for the operation and completion of the Gantry System.

161.    Thereafter, Dematic, Ulinski and Priebe made additional representations, and knowingly omitted material facts and/or provided false and misleading information to Robogistics, including but not limited to representations and promises as to Dematic' contractual obligations, which Dematic did not intend to perform or knew at the time it could not perform which it did not disclose to Robogistics.

162.    Dematic, Ulinski and Priebe made the representations to induce Robogistics to perform.

163.    Dematic, Ulinski and Priebe made these misrepresentations and omissions with knowledge of their falsity, or with reckless disregard for the truth to induce Robogistics to enter into and perform.

164.    Dematic, Ulinski and Priebe made the material misrepresentations and omissions intending that Robogistics rely on them.

165.    Robogistics reasonably and justifiably relied, to its detriment, on the representations of Dematic, Ulinski and Priebe, and Robogistics was entirely unaware of the misrepresentations and omissions.

166.    Robogistics was directly and proximately damaged by the fraudulent misrepresentations and omissions of Dematic, Ulinski and Priebe.

167.    As a result of the fraud of Dematic, Ulinski and Priebe, Robogistics has been damaged in an amount to be determined at trial.  Separately or in the alternative, the active fraud by Dematic estops it from asserting any rights or remedies under the agreement.

## VI.  Damages

168.    In addition to entitlement to equitable relief, Robogistics has suffered damage as a result of Dematic's tortious acts and breaches, including, but not limited to, the following:

     a.  Actual Damages, including lost profits, loss of goodwill, and consequential damages;
     b.  Full payment to Robogistics on all amounts invoiced for the Project;
     c.  Return to Robogistics of the Gantry System, including but not limited to all its software, source code and intellectual property;
     d.  Prejudgment and post judgment interest;
     e.  Court costs;
     f.  Exemplary and additional damages;
     g.  Attorney fees, as otherwise allowed by law; and,
     h.  All other relief to which Robogistics is entitled.

## VII.  Conditions Precedent

152.    All conditions precedent to Robogistics' claims for relief have been performed or have occurred.

## VIII.  Jury Demand

153.    Robogistics requests a jury trial on all issues so triable.

## IX.  Prayer

WHEREFORE, Robogistics respectfully prays for the following relief:

1.  A temporary restraining order, and upon hearing, a preliminary injunction for the relief requested above;
2.  Upon final trial, judgment against the Dematic for full permanent injunctive relief, and for the full amount of the Robogistics' actual damages including, but not limited to, lost profits as found by the trier of fact as a consequence of the Dematic's conduct;
3.  Prejudgment interest as provided by law;
4.  Post-judgment interest as provided by law;
5.  Robogistics' reasonable and necessary attorneys' fees in prosecuting its claims through trial and, if necessary, through appeal;
6.  All costs of suit; and
7.  Such other and further relief, at law or in equity, to which Robogistics may show itself justly entitled.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

- 27 -

Respectfully Submitted,

**RAMSEY LAW FIRM**

*/s/ Randal Cashiola*
Randal Cashiola, Of Counsel
State Bar No. 03966802
Michael R. Ramsey
State Bar No.16520200
6280 Delaware Street, Suite C
Beaumont, Texas 77706
T: 409.202.2020
F: 409.444.2021
docket@cashiolalaw.com
docket@ramseylaw.com
   **-and-**
*/s/Robert J. Thumann*
Robert J. Thumann (0074975)
Laura Hillerich (0075151)
Crehan & Thumann LLC
404 E 12th St | Second Floor
Cincinnati, Ohio 45202
T:  513-381-505
F:  513-381-1700
thumann@ctlawcincinnati.com

**ATTORNEYS FOR PLAINTIFF**

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

NOV 1 4 2023

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS
BY

99 pgs

- 28 -

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

NOV 14 2023



CAUSE NO. _____

| | | |
|---|---|---|
| **ROBOGISTICS, LLC,** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **JEFFERSON COUNTY, TEXAS** |
| | § | |
| **DEMATIC CORP., JAMES ULINKSI and** | § | |
| **DEAN PRIEBE,** | § | |
| | § | **_____JUDICIAL DISTRICT** |
| **Defendants.** | | |

## DECLARATION OF SALAHUDDIN WYATT-KHAN

1.  My name is Salahuddin Wyatt-Khan.  I am over the age of 18 years and my date of birth is: August 18, 1960.  My address is 3451 57th Street, Port Arthur, Texas  77642.  I am the President and CEO of Robogistics, LLC, and I am executing this Declaration as part of my assigned duties and responsibilities.  I declare under penalty of perjury that the foregoing and following is true and correct.

2.  I am of sound mind, and fully competent to testify and make this Declaration.

3.  I have read and am familiar with Plaintiff's Original Petition and Application for Temporary Restraining Order, Temporary Injunction and Permanent Injunction and every statement is within my personal knowledge and is true and correct.

4.  Robogistics, LLC ("Plaintiff") manufactures complete material handling systems and custom equipment, including industrial robots and other automated equipment and machines. Plaintiff has a diverse customer base, ranging from fortune 500 companies to smaller, privately held businesses worldwide which depend on reliable, flexible, technologically advanced equipment and integrated solution sets.  Plaintiff's robotics hardware and software are proprietary, source code protected and patented.

5.  Dematic is an American supplier of materials handling systems, software and robotic logistical services, and it has conducted business at all times material to the allegations in this petition in Texas and elsewhere.  Ulinski and Priebe acted individually in furtherance of the allegation in this Petition against Dematic.

6.  In April of 2019, Dematic sent a Request for Proposal ("RFP") to Robogistics for a robotic layer picking gantry system solution for one of Dematic's customer's mix layer-palletizing project (the "Project").

7.  Robogistics' primary and material responsibility for the Project was to design and build the Robotic Gantry System ("the Gantry System"), i.e., inclusive of the actual superstructure,

1

associated patented end of arm tooling and automation concepts of each robot gantry with embedded software allowing each robot to receive and execute commands.

8.  Dematic's primary and material responsibility for the Project was to build and otherwise provide the Warehouse Control System ("WCS"), a computer program and software designed and built by Dematic to communicate with the Gantry System, thereby utilizing the Robogistics' Gantry System to build product orders based on instructions and commands supplied and controlled by Dematic's WCS. In short, Dematic's WCS was a critical component of the Project, and without it, Robogistics could not test or integrate the Gantry System. In addition, it was Damatic's responsibility to provide environmental logistical control, including but not limited to temperature control.

9.  After several months of negotiations, including meetings at Robogistics' offices in Texas, the parties reached an agreement, Dematic issued Purchase Order No. 4501541267 on January 15, 2020.[1] Shortly thereafter, the Project was placed on hold by Dematic, but later reinstated in January of 2021.

10. Upon Dematic's reinstatement of the Project, the parties spent several weeks re-negotiating the terms of the Project, including changes in its scope and in the terms and conditions of performance. Robogistics acknowledged in writing by letter dated February 10, 2021[2] that it would only accept the payment terms expressed in Dematic's Purchase Order No. 4501541267, while the terms and conditions expressed by Robogistics in its Proposal No. 1033.2020.P.3[3] would govern between the parties. The total contracted amount for the Robogistics Gantry System was $2,818,861.81.

11. In that same February 10, 2021 acknowledgement letter, Robogistics included its invoice to Dematic for the downpayment on the Project in the amount of $563,772.20, as well a separate invoice for $78,659.55 representing payment for agreed impact costs to Robogistics for the delay in restarting the Project. Dematic accepted Robogistics' qualifications and exceptions to Dematic's Purchase Order No. 4501541267, and Dematic paid these two invoices without objection. Between February 2021 and January 2023, Dematic issued three change orders on the Project that did not expressly or impliedly except to, or otherwise call into question, the applicability of the terms and conditions contained in the Robogistics' Proposal No. 1033.2020.P.3.[4]

---

[1] A true and correct copy of Dematic Purchase Order No. 4501541267 is Exhibit 1 to Plaintiff's Original Petition and Application for Temporary Restraining Order, Temporary Injunction and Permanent Injunction, and is incorporated by reference to this declaration.

[2] A true and correct copy of this February 10, 2021 acknowledgement is Exhibit 2 to Plaintiff's Original Petition and Application for Temporary Restraining Order, Temporary Injunction and Permanent Injunction, and is incorporated by reference to this declaration.

[3] A true and correct copy of Robogistics' Proposal No. 1033.2020.P.3 is Exhibit 3 to Plaintiff's Original Petition and Application for Temporary Restraining Order, Temporary Injunction and Permanent Injunction, and is incorporated by reference to this declaration.

[4] True and correct copies of each of these change orders are Exhibit 4, 5 and 6 to Plaintiff's Original Petition and Application for Temporary Restraining Order, Temporary Injunction and Permanent Injunction, and are incorporated by reference to this declaration.

2

12. Dematic knew that it could not perform its responsibilities when it agreed to Robogistics' terms and conditions in February of 2021. By way of example, but not limitation, Dematic's knowledge of its inability to perform when it accepted Robogistics' February 10, 2021 terms and conditions was at least two-fold. First, after Robogistics' work on the Gantry System was well underway, Dematic disclosed that its Project specifications regarding the temperature of its customer's facility, including certain temperature output from certain equipment was materially incorrect. This was a significant problem for Dematic because it had not only miscalculated the operating temperature of its customer's facility (i.e., where the Gantry System was being installed), this miscalculation required Dematic to re-engineer the cooling necessary for the heat generated by the Gantry System. Between 2021 and the end of 2022, Defendant Ulinski materially and repeatedly misrepresented that temperature issues were not the fault of Dematic and instead the fault of Robogistics. Ulinski made these misrepresentations during multiple engineering meetings that caused the Project to be delayed, because both Ulinski and Dematic knew that Dematic could not deliver the requisite hardware for the cooling, which in turn delayed Dematic in its completion of the WCS software. Dematic and Ulinski wrongfully cast Robogistics as the cause of the Project delay, thereby engaging in a stall tactic to allow Dematic to perpetrate its fraud on Robogistics to claim ownership rights to use the Gantry System (including but not limited to its source code and intellectual property) without paying fully for such ownership and use. This conduct by Dematic, Ulinsky and Priebe caused substantial delays in the Project, including but not limited to requiring Robogistics to make material changes to Gantry System to adapt its ability to function in the actual temperature of the customer's facility.

13. Second, Dematic could not design or build the WCS to function properly, if at all. In January of 2023, Priebe, who was Dematic's director over the Project, including over Dematic's responsibility for developing and providing the logistic solutions, including but not limited to WCS software, agreed to a written site acceptance testing protocol ("SAT") that expressly recognized Dematic's responsibilities as follows:

> It is understood and expected that in order for the Robogistics (RG) Automation to perform and satisfy the mechanical, electrical and controls architecture as ordered and built by RG that Dematic Automation must present a balanced condition automation.[5]

14. In or about May of 2023, Priebe admitted to Robogistics' principals that Dematic was unable to complete the WCS software and provide balanced condition automation. As of the date of filing of this petition, Dematic has never been able to provide a functioning WCS or balanced condition automation. Moreover, Dematic has failed and refused to cure the deficient WCS or the lack of balanced condition automation, instead claiming that Robogistics' Gantry System is completely at fault.

---

[5] A true and correct copy of the SAT is Exhibit 7 to Plaintiff's Original Petition and Application for Temporary Restraining Order, Temporary Injunction and Permanent Injunction, and is incorporated by reference to this declaration.

3

15. In the first week of May of 2023, Dematic issued a "Notice of Default" Letter which improperly blamed Robogistics for Project delays and deficiencies which were directly caused by Dematic. Robogistics responded by letter dated May 9, 2023 expressly advising Dematic, among other things, that Dematic's WCS was "preventing [Robogistics from conducting] proper testing and integration of the [Gantry System]."

16. Dematic continued to take its pre-written code to re-write, correct and update their WCS and did nothing regarding its deficient WCS in response to Robogistics. Instead, in the first week of August of 2023, Dematic issued a "Failure to Cure" letter to Robogistics. By letter dated August 10, 2023, Robogistics again responded to Dematic detailing point-by-point Dematic's failures to perform which prevented Robogistics from performing final testing on the Gantry System, including but not limited to Dematic's unfinished software program necessary for the operation of the Gantry System.

17. In September of 2023, during middle of the site acceptance test (SAT) of the Robogistics East Gantry, Dematic again rejected Robogistics' reply, and unilaterally issued a "Notice of Termination" letter to Robogistics, and as of the filing of this Petition, is threatening to take full ownership and control of Robogistics' Gantry System without full payment to Robogistics of all amounts owed, as agreed in CO 2.

18. Essentially, Dematic is acting as though it has done nothing materially wrong in failing to complete the Project, despite overwhelming evidence to the contrary, and that all fault is on Robogistics, thus entitling Dematic to full ownership of the Gantry System, including all intellectual property of Robogistics within the Gantry System without full payment to Robogistics. In this connection, Dematic has openly expressed that it will complete the Project without Robogistics, and without paying Robogistics, while using Robogistics' entire Gantry System, including its software, source code and intellectual property.

19. In its last change order issued in January 2023 (Exhibit 6), Dematic approved two payments to Robogistics each in the amount of $191,211.10 for a total of $382,422.20. Robogistics invoiced Dematic for these amounts, and to date, Dematic has failed and refused to pay Robogistics all or any part of these amounts. In addition, in the January 2023 change order (Exhibit 6), Dematic approved a third and final amount to Robogistics of $181,350.00 to be paid to upon completion of the Project, which Dematic wrongfully continues to prevent from occurring. Dematic has likewise failed and refused to pay this amount to Robogistics. Because of Dematic's delays and refusal to perform its obligations under the agreement between the parties (including but not limited to providing a complete and operating WCS software system), Robogistics has incurred costs, including but not limited to those incurred by it for extending rental of heavy equipment in the amount of $30,901.15. These amounts represent contractual damages almost equaling $600,000.00 (approximately 20% of the entire contract amount), but do not include the value of the Gantry System which Dematic has no claim to absent full payment under its agreement with Robogistics.

4

20. Dematic's threatened course of action will interfere with and potentially destroy, Robogistics' confidential and proprietary information, including its protected source code, which is part of the Gantry System.

21. I declare under penalty of perjury that the foregoing is true and correct and based upon my personal knowledge.

      Executed in _____ County, State of _____, on the ____ day of November, 2023.


                                    _____
                                    Salahuddin Wyatt-Khan
                                    President and CEO of Robogistics, LLC

Page 1 of 4
02/10/2021 12:47:28

# DEMATIC

**Purchase Order**

## 4501541267

01/15/2020

www.dematic.com

| Supplier    103322 | Invoicing Options: | Additional Information |
|---|---|---|
| Robogistics, LLC<br>363 North Sam Houston Parkway East<br>Houston TX  77060 | Mail:<br>Dematic Corp.<br>P.O. Box 152117<br>Grand Rapids, MI 49515-2117<br>Fax:<br>+1-616-913-5723<br>Email:<br>NAinvoices@Dematic.com | Currency    USD<br>Buyer      Tim Freeman<br>Phone     972-538-5652<br>Fax       972-538-5653<br>Email      Timothy.Freeman@dematic.com |

Delivery Date Feb.23,2022

Delivery Address
DEMATIC PROJECT 144553
DOT FOODS
ATTN:  LARRY CASTEEL
1 DOT WAY
MOUNT STERLING IL  62353
UNITED STATES

Delivery Terms
FOB(Free on board) /ORIGIN - Collect

Payment Terms
within 60 days Due net

Please send acknowledgement for this order within 24hrs to the buyer listed on this order.

This is a not to exceed value PO. Any additional costs over an above the stated value need to be approved in advance by Dematic in writing prior to invoice.

Dematic contact for all technical questions, drawings and approvals is: Steve DeCeuninck +1 616-552-6777
Stephen.DeCeuninck@dematic.com

The terms and conditions of Master Subcontract Agreement # 4101068331 supersede any and all other terms and conditions referenced within this purchase order, quotes, attached documents, drawings or otherwise.

A certificate of insurance must be supplied prior to the start of any on-site work being performed. (Minimum coverage $3,000,000.00 combined Employer liability and General liability. Certificate should state Dematic Corp.and Dot Foods as Additional Insureds)

All site work must be conducted in accordance with the Dematic Health and Safety Program manual.

**ATTENTION**
- Delivery Date(s) on this order is not a shipment date but rather the date the goods/services are to arrive. Please arrange to ship prior to this date
  ensuring it will arrive by the delivery date.
- Invoices must reference a Dematic PO number and PO item number(s) if provided for our Accounts Payable department to reference.
- Please ensure only one PO number per invoice. Dematic is not able to process invoices with multiple PO numbers referenced. Multiple items on a
  single PO number is acceptable.
- Please generate a separate PDF document for every invoice. (1 invoice = 1 PO number = 1 PDF or hard copy document unless EDI or VIP is used).
- Failure to comply may result in invoices not being processed or paid.
- ***Suppliers should submit invoices as soon as materials are shipped and services are complete.  DO NOT DELAY in
  order to receive prompt invoice processing and remittance per payment terms***

| Item | Material/Description | Rev | Quantity | UM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | SPL2005195 | | 1.00 | EA | 2,818,861.00 / EA | 2,818,861.00 |

EXHIBIT
1



**DEMATIC**
www.dematic.com

Purchase Order
## 4501541267

01/15/2020

| Item | Material/Description | Rev | Quantity | UM | Unit Price | Extended Price |
|------|----------------------|-----|----------|-----|-----------|----------------|

Basic Description of Material /Service
ROBOGISTICS GANTRY SYSTEM

Project Definition: 144553-6130-0001-613000
Used in unit(s):
613000
Tax Code U0 - Item not taxable

***** Please notify the buyer upon shipment or completion of this order item. Thank you.*****

Confirmed Per confirmed

Material PO Text:
Order per quote 1033.2020.P.3 DOT Foods from Robogistics, for a over head robotic gantry system.
Material Group: 1500 - LPA - Robots (gantry and articulated)


Material Group = LPA - 1500 - robots (gantry and articulated)
***********
Based off of Dematic RFQ# Q144553

Partial invoices

| | | | | | |
|---|---|---|---|---|---|
| 02/10/2021 | 20.00 % | 563,772.20 | USD | for Down Payment  (AdvPmt) | |
| 03/15/2021 | 30.00 % | 845,658.30 | USD | for Engineering / Design (AdvPmt) | |
| 02/23/2022 | 30.00 % | 845,658.30 | USD | for Upon Shipment | |
| 05/03/2022 | 10.00 % | 281,886.10 | USD | for End of Assembly on Site | |
| 10/31/2022 | 10.00 % | 281,886.10 | USD | for End of Assembly on Site | |
| 10/31/2022 | | 0.00 | USD | for | |

| 2 | SPL2189556 | | 1.00 | EA | 78,659.55 / EA | 78,659.55 |

Basic Description of Material /Service
ROBOGISTICS GANTRY SYSTEM

Project Definition: 144553-6130-0002-613000
Used in unit(s):
613000
Tax Code U0 - Item not taxable

***** Please notify the buyer upon shipment or completion of this order item. Thank you.*****

Confirmed Per 1-15-21. J.C.

Material PO Text:

Per final agreed upon settlement Quote# 0017.2019.Q.7
Partial invoices

| | | | | |
|---|---|---|---|---|
| 01/20/2021 | 100.00 % | 78,659.55 | USD | for Upon Shipment |
| 03/15/2021 | | 0.00 | USD | for Engineering / Design (AdvPmt) |
| 02/23/2022 | | 0.00 | USD | for Upon Shipment |
| 05/31/2022 | | 0.00 | USD | for End of Assembly on Site |
| 10/31/2022 | | 0.00 | USD | for End of Assembly on Site |

Total net value excl. tax USD          2,897,520.55



**DEMATIC**
www.dematic.com

Purchase Order
**4501541267**

01/15/2020

Terms and Conditions of Purchase:

This Purchase Order is subject to and incorporates by reference the current terms and conditions of Dematic North America. -General Terms and Conditions of Purchase (Form 137). All transactions are subject to the current Dematic North America. -General Terms and Conditions of Purchase (Form 137) and Integrity: Powering Dematic's Ethical Supply Chain document (collectively ("Terms and Conditions") available at https://supplierportal.dematic.com/Default.aspx

Any additional or different terms and conditions presented by Supplier are hereby rejected unless otherwise expressly accepted by Dematic in writing. Dematic may amend the Terms and Conditions in Dematic's sole discretion at any time, and such modified Terms and Conditions shall be applicable to any Purchase Orders issued thereafter. Except for the obligations contained in Integrity: Powering Dematic's Ethical Supply Chain, the Terms and Conditions shall be superseded by any agreements mutually executed by Supplier and Dematic that are intended to apply to the specific transaction described in this Purchase Order.

State Sales/Use Tax Registration Numbers are available upon request.

If Product or service provided requires Material Safety Data Sheet ("MSDS") pursuant to Hazard Communication/Right to Know regulations, the MSDS should accompany the product/service being provided.
A copy of the MSDS should also be mailed to:
Dematic Corp. HR Dept. 507 Plymouth Avenue NE, Grand Rapids, MI 49505;
or the MSDS can be Faxed to: (616)913-5500, Attn. HR Dept.

Merchandise purchased pursuant to this Purchase Order may be subject to US Department of Agriculture regulations affecting the importation of solid wood packaging materials (e.g., crates, skids, etc.). Supplier is obligated to ensure imported merchandise containing any solid wood packing material meets the treatment and marking provisions of the International Plant Protection Convention.
Dematic may assign any of its rights or delegate any of its duties pursuant to this Purchase Order and/or assign the entire Purchase Order to any subsidiary, affiliate, division, successor or acquirer of Dematic.

Dematic may assign any of its rights or delegate any of its duties pursuant to this Order and/or assign the entire Order to any subsidiary, affiliate, division, successor or acquirer of Dematic.

Supply Chain Security:
Where Seller is involved in the international supply chain, Seller undertakes to ensure that its supply chain security procedures and their implementation are in accordance with the criteria set forth by the WCO (World Customs Organization) or are comparable to or exceed the WCO requirements. Further supply chain security details can be found on the WCO website www.wcoomd.org and the Dematic Supplier Portal https://supplierportal.dematic.com.

Customs Ocean Cargo Security Requirements Compliance:
Seller agrees to ensure that the Carrier shall defend, indemnify, hold harmless and reimburse Buyer from and against all fines, penalties and damages sustained by Buyer arising out of or relating to the Carrier#sfailure to comply with CBP (U.S. Customs and Border Protection#s) ISF (Importer and Security Filing) requirements, including damages sustained by Buyer as a result of CBP#sseizure.  Further CBP, CTPAT (Customs Trade Partnership Against Terrorism) and Dematic supply chain and cargo security requirement details and supporting information can be found at the links below:

U.S. Customs and Border Protection # Security Criteria for CTPAT Foreign Manufactures
https://www.cbp.gov/sites/default/files/documents/fm_security_criteria_english_3.pdf

U.S. Customs and Border Protection # Home Page
https://www.cbp.gov/border-security/ports-entry/cargo-security/ctpat

Dematic Supplier Portal
https://supplierportal.dematic.com

PPAP Requirements
Dematic requires suppliers to submit a part  submission  warrant with samples and supporting documents as part of the PPAP process. This is for new parts and for revisions on Dematic controlled drawings. See PPAP Guideline document on Dematic web site
https://supplierportal.dematic.com/Default.aspx
or contact your Dematic buyer.

PPAP Level 1: Warrant only - revision level changes have no effect on product.
PPAP Level 2: Warrant with product samples, dimensional data, material certification - required on changes to form, fit or function.
PPAP Level 3: Warrant with product samples, dimensional data, capability study, material certification, process flow diagram, quality control plan, gage studies, DFMEA if applicable, PFMEA - required on changes to form, fit or function with critical characteristics identified.

Freight Routing Guide
For all applicable Purchase Orders where Dematic will be charged with freight or the ultimate cost of transportation, the Dematic Freight Routing Guide ("Guide") must be followed in selecting the appropriate carrier for your shipment. To receive the latest version of this Guide, request a copy from the Dematic Buyer on this Purchase Order. Failure to follow the Guide may make the shipper responsible for freight costs and any applicable administrative charges. In special circumstances, deviation from the Dematic Freight Routing Guide may be allowed on an individual order basis if Dematic grants approval prior to shipment and must be documented in writing and agreed to by both parties. When deviation is permitted by Dematic, it will be authorized on an individual order basis and indicated on the Purchase Order, change notice to the purchase order, or revision to the specific Purchase Order.



**DEMATIC**
www.dematic.com

Purchase Order
**4501541267**

01/15/2020

Dematic Preferred Freight Carriers (Domestic USA):

Parcel:  0 to 150 lbs ->   Preferred Carrier is FedEx (unless shipping to UPS project site, then please use UPS)
FedEx: 3rd Party bill to Account: 647256678
Permission to ship UPS must be secured from the buyer (or Transportation (Kraig.Fribley@dematic.com) on a case-by-case basis only.
Please reference Dematic PO#, Project# or Cost Center# as shipping or billing reference number

LTL: 151 lbs to 15000 lbs ->    See State to State Carrier Matrix in the NA Routing Guide for LTL Carrier Assignment.
Book all shipments as: THIRD PARTY BILL TO: Dematic, 507 Plymouth Ave, Grand Rapids, MI 49505
Please reference Dematic PO#, Project# or Cost Center# as shipping or billing reference number on all BOLs
Please also be sure to notate the delivery site contact info on the BOL as well -> Contact your buyer for this info prior to shipping.

Van Truck Load: 15000lbs+ ->    Sweet/Omni (jasonr@expresscompanies.net)
Please reference Dematic PO#, Project# or Cost Center# as shipping or billing reference number

Flatbed Carriers:
Primary: Melton Truck Lines:
Domestic USA Shipments: lindsay.rippe@meltontruck.com
Mexico/USA Cross-Border Shipments: Juan.Westfall@meltontruck.com

First Alternate: Conexus Logsitics: zaio@conexuslogistics.com (Christian Zaio)
Second Alternate: Sweet/Omni: jasonr@expresscompanies.net
Please reference Dematic PO#, Project# or Cost Center# as shipping or billing reference number

**If you have any questions or need to ship anything outside of these parameters, please contact Kraig.Fribley@dematic.com

Kraig Fribley
Transportation & Logistics Mgr, Manufacturing
Desk: +1 (616) 913-7604

# Robogistics
Robotic · Automation · Logistics

Date: 2-10-2021

Tim Freeman
Senior Project Procurement Lead
Dematic Corp Southwest Operations.
405 State Hwy 121 Bypass
Building D, Suite 100
Lewisville, Texas 75067

Phone: +1 (972) 538-5652
Email: timothy.freeman@dematic.com

Reference: Acknowledgement of Dematic Corp with Purchase Order # 4501541267

Dear Mr. Freeman

Robogistics, LLC acknowledges Dematic's updated purchase order #4501541267 (totaling for $ 2,897,520.55) dated February 10, 2021, in accordance with Robogistics Proposal # 1033.2020.P.3 inclusive of the Robogistics terms & conditions with payment terms and agreed upon payment milestones as outlined below.

Payment Milestones for Item 1 on PO #4501541267

01/31/2020 20.00 % 563,772.20 USD for Down Payment (AdvPmt)
03/15/2021 30.00 % 845,658.30 USD for Engineering / Design (AdvPmt)
02/23/2022 30.00 % 845,658.30 USD for Upon Shipment
05/03/2022 10.00 % 281,886.10 USD for End of Assembly on Site
10/31/2022 10.00 % 281,886.10 USD for End of Assembly on Site

Payment Milestones for Item 2 on PO #4501541267

Per final agreed upon settlement Quote# 0017.2019.Q.7
01/20/2021 100.00 % 78,659.55 USD for Upon Shipment

Per our agreement. Enclosed also find the first milestone invoice for Line Item # 1 of the PO 4501541267 for down payment in the amount of $ 563,772.20 per Robogistics, LLC terms and conditions. Also, find the invoice for line item # 2 of the PO 450154267 in the amount of $ 78,659.55 USD per the final agreement between Dematic and Robogistics.

If you have any questions, please do not hesitate to contact myself via phone or email.

Regards,

J.C. Caraway

Vice President Sales & Marketing

Headquarters & R&D Facilities
3451 57th Street
Port Arthur, Texas 77642 USA
+ 1 409 332 0639

Eastern Region Office
201 East 5th Street – Suite 1900
Cincinnati, Ohio 452020 USA
+ 1 409 332 0639
www.txrobogistics.com
Page 1 of 1

German Representative Office
Kurzes Geländ 10 – Suite 200
86156 Augsburg GERMANY
+ 49 176 985 984 33



EXHIBIT 2

Robogistics, LLC
3451 57th Street
Port Arthur TX 77642



Robogistics
Robotic - Automation - Logistics

|  | Page: | 1 of 1 |
|---|---|---|
|  | Date: | 2/10/2021 |

## INVOICE

**Invoice: 20033A**

| Sold To: | Ship To: |
|---|---|
| Dematic<br>PO Box 152117<br>Grand Rapids IL 49515<br>USA | Dematic Project 144553<br>Dot Foods<br>1 Dot Way<br>Attention: Larry Casteel<br>Mount Sterling IL 62353<br>USA |

**EMail:** nainvoices@dematic.com

| PO Number: 4501541267 | Terms: Due Upon Receipt | F.O.B.: FOB Destination |
|---|---|---|
| Sales Rep: JC Caraway | Ordered: 2/10/2021 | Ship Via: Best way<br>Freight Included |

*Sales Order: 581*

| Line | Part Number/Description | Revision | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|---|
| | **Per Line Item 1 in PO #4501541267 dated 2/10/2021 for 20% Down Payment per Quote 1033.2020.P.3** | | | | |
| 1 | AJS.00005<br>Dematic, dot foods System Hardware Per Quote 1033.2020.P.3 | A | 0.00<br>PO Number: | 0.00000 /1<br>4501541267 | $ 450,030.20 |
| 2 | AJF.00001<br>Freight Charges Included for Dematic Dot Foods Quote # 1033.2020.P.3 | | 0.00<br>PO Number: | 0.00000 /1<br>4501541267 | $ 12,000.00 |
| 3 | AJI.00004<br>Dematic Dot Foods Phase 1 System Mechanical & Electrical Instal. Per PO 1033.2020.P.3 | | 0.00<br>PO Number: | 0.00000 /1<br>4501541267 | $ 36,795.59 |
| 4 | AJC.00002<br>Dematic Dot Foods Phase 1 System Startup & Commissioning. Per PO 1033.2020.P.3 | | 0.00<br>PO Number: | 0.00000 /1<br>4501541267 | $ 9,510.31 |
| 5 | AJT.00002<br>Dematic Dot Foods Phase 1 System Site Acceptance Testing. Per PO 1033.2020.P.3 | | 0.00<br>PO Number: | 0.00000 /1<br>4501541267 | $ 1,044.10 |
| 6 | AJI.00005<br>Dematic Dot Foods Phase 2 System Mechanical & Electrical Instal. Per PO 1033.2020.P.3 | | 0.00<br>PO Number: | 0.00000 /1<br>4501541267 | $ 4,909.47 |
| 7 | AJC.00003<br>Dematic Dot Foods Phase 2 System Startup & Commissioning. Per PO 1033.2020.P.3 | | 0.00<br>PO Number: | 0.00000 /1<br>4501541267 | $ 2,684.22 |
| 8 | AJT.00003<br>Dematic Dot Foods Phase 2 System Site Acceptance Testing. Per PO 1033.2020.P.3 | | 0.00<br>PO Number: | 0.00000 /1<br>4501541267 | $ 298.31 |

ARForm:001 :00

Robogistics LLC
3451 57th Street
Port Arthur TX 77642



Robogistics
Robotic - Automation - Logistics

| | | Page: | 1 of 1 |
|---|---|---|---|
| **INVOICE** | | Date: | 2/10/2021 |

**Invoice: 20033A**
1033.2020.P.3

| | | | | | |
|---|---|---|---|---|---|
| 9 | AJC.00004 | 0.00 | | 0.00000 /1 | $ 36,270.00 |
| | Dematic Dot Foods Phase 2 System 4 Weeks Startup & Commissioning Support. Per PO 1033.2020.P.3 | | *PO Number:* | 4501541267 | |
| 10 | AJP.00001 | 0.00 | | 0.00000 /1 | $ 10,230.00 |
| | Dematic Dot Foods System Installation Startup Kit Spares. Per PO 1033.2020.P.3 | | *PO Number:* | 4501541267 | |

| *Payment Schedule* | | |
|---|---|---|
| *Due Date* | | *Amount* |
| 1 | 2/10/2021 | $ 563,772.20 |
| | *Total* | $ 563,772.20 |

**Invoice Payment Due Date: 02/10/2021**

**Payment To:**
JP Morgan Chase Bank
19747 US 59 N
Humble, TX 77338 USA
ABA Routing Number 122100024

| | | |
|---|---|---|
| Line(s) Subtotal: | $ | 563,772.20 |
| Miscellaneous Charges: | | 0.00 |
| Less Advance Billing: | | 0.00 |
| Total Tax: | | 0.00 |
| Reverse Charge Tax: | | 0.00 |
| Less Prepaid Deposits: | | 0.00 |
| Less Deposit: | | 0.00 |
| Rounding: | | 0.00 |
| **Total** | **$** | **563,772.20** |

ARForm:001 :00

# Invoice

Robogistics, LLC
3451 57th Street
Port Arthur, TX 77642

| Date | Invoice # |
|------|-----------|
| 2/10/2021 | 1042 |

| Bill To |
|---------|
| Dematic Corp.<br>PO Box 152117<br>Grand Rapids, MI 49515          USA |

| Ship To |
|---------|
| DOT Foods<br>1 Dot Way<br>Mount Sterling, IL 62353<br>USA |

| PO Number | Terms | Due Date |
|-----------|-------|----------|
| 4501541267 | Due Upon Receipt | 2/10/2121 |

| Item | Description | Qty | U/M | Rate | Amount |
|------|-------------|-----|-----|------|--------|
| SPL2189556 | Payment Milestones for Item 2 on PO#4501541267 dated 2/10/2021 for Final Agreed upon settlement Quote #0017.2019.Q.7 | 1 | EA | | $ 78,659.55 |
| | | | | **TOTAL DUE** | $ 78,659.55 |

*Payments options:*
J.P Morgan Chase Bank
19747 US-59 N
Humble, TX 77338 USA
Acct:# **372962537**
ABA # **122100024**
SWIFT code: **CHASUS33**




12/16/2020                                              Proposal Number: **1033.2020.P.3**

Proposal

To the attention of

Kevin Heath
Global Robotics Sales Engineering Manager

For

## Dematic Corporation

507 Plymouth Ave NE
Grand Rapids, MI 49505

### <u>Q 144553-Turn-Key Layer Picking Gantry Cell 9-17-2020</u>

**Confidentiality Statement:**

The information contained in this document is meant only for the personal and private use of the selected/named receiver(s) named above. This information may only be distributed to the receiver's peers for the purpose of determining concept, content & evaluation. The proposed Robogistics technology and ideas within this document may not be distributed in part or in whole to any company outside of Robogistics, LLC by said means. Unless stated by said company, the information & content is the intellectual property of Robogistics, LLC and confidential. If said person is not the meant recipient, you are required to contact sending person and return complete document via necessary means.

Created by:              David Hayes,
                         Vice President of Engineering

Proposal Number:        1033.2020.P.3





12/16/2020                                          Proposal Number: **1033.2020.P.3**

Kevin Heath
**Global Robotics Sales Engineering Manager**

Dematic Corporation
507 Plymouth Ave NE
Grand Rapids, MI 49505

Phone:  + 1 616.913.6373
E-mail:  kevin.heath@dematic.com

Dear Mr. Heath,

Robogistics, LLC Robotics is pleased to provide our updated gantry proposal in response to your specification "Q 144553-Turn-Key Layer Picking Gantry Cell 9-17-2020" as provided by Dematic. This also has additional information supplied as per our discussions with Kevin Heath, Andres Pereda, JC Caraway and David Hayes. The gantry Automation  system is comprised of two (2) gantry frames and four (4) Model rBuild 2000 Gantry Robots with **patent and patent pending** multifunctional gantry and layer end of arm tools with associated software, including pre-programmed controls technology to communicate with the end-user Dematic WCS and state of the art safety technology for the system.

The Robogistics Group and its strategic partners manufactures material handling and associated accessories. The Robogistics Group portfolio offering includes Robotics, such as Gantry Robots, Material Handling Systems and Custom Equipment. With over 200-man years of manufacturing and automation experience, the Robogistics Groups of companies has led the robotics and material handling industries. Robogistics is becoming the automation supplier of choice for engineering services, original manufacturing, its own controls, integration, installation, system training and life cycle sales & service.  The synergy of combined passed experience, equipment functionality and reputation of Robogistics members, make the Robogistics' Group one of the "newly" recognized leaders in material handling.

The Robogistics Groups offers in-house engineering design, procurement, manufacturing, and assembly of the offered automation solutions.   As an option, the Robogistics Group can offer the necessary support and assistance to ensure a successful installation, commissioning, and start-up of the entire system if so desired.

We at Robogistics have listened and learned to you the customer and your end user from our joined meetings and multiple RFQ's. We trust that the following quotation meets your approval.  We look forward to a favorable response and to continue working with you and your team as you start the project process.  Call me with any questions or comments that you may have during your order confirmation process.

Sincerely,

J.C. Caraway
**Vice President Global Sales & Marketing**

**Headquarters  R&D Facility**
3451 57th Street
Port Arthur, Texas 77642 USA
US PHone # +1 409 332 0639

**Eastern US Regional Office**
201 East 5th Street - Suite 1900
Cincinnati, Ohio 45202 USA
US Phone # +1 409 332 0639
www.txrobogistics.com

**Germany Representation**
Kurzes Geländ 10 - Suite 200
86156 Augsburg Germany
Germany Phone # +49176 9858433

Page 2 of 32





12/16/2020                                                    Proposal Number: **1033.2020.P.3**

# **Table of Contents**

**1.   Company Overview**                                                                    **4**

**2.   References & Site Visits**                                                             **6**

**3.   Overview Per Q 144553-Turn-Key Layer Picking Gantry Cell 9-17-2020 Section 1.6**       **7**

**4.   Robogistics Controls Architecture Layout**                                            **11**

**5.   System Layout**                                                                       **12**

**6.   End of Arm Tools**                                                                    **13**

**7.   Project Information Per Q 144553-Turn-Key Layer Picking Gantry Cell 9-17-2020 Per Section 1.7**   **15**

**8.   Rates Per Q 144553-Turn-Key Layer Picking Gantry Cell 9-17-2020 Per Section 1.8**      **16**

**9.   Equipment Hardware**                                                                  **17**

**10.  Engineering & Project Management**                                                    **17**

**11.  System Pricing Breakdown**                                                            **18**

**12.  Payment Schedule Change Due to Global Financial Conditions**                          **19**

**13.  Responsibilities Per Q 144553-Turn-Key Layer Picking Gantry Cell 9-17-2020 - Section 1.10   20**

**14.  Q 144553-Turn-Key Layer Picking Gantry Cell 9-17-2020 Specification Responses, Clarifications and Exceptions**   **24**

**15.  Delivery Timing**                                                                     **28**

# Robogistics
Robotic · Automation · Logistics



12/16/2020                                                    Proposal Number: **1033.2020.P.3**

## 1.    Company Overview

Robogistics was established in 2018. Robogistics is an original equipment manufacturer (OEM) of gantry robots, systems, PC and PLC software development and equipment for the material handling industry. The Robogistics' management and it's team has worked in the robotic gantry and articulated arm automation business for over 30 years to provide automated solutions and support to customers globally.  This level of know-how and experience makes Robogistics a leading original manufacturer and automation provider of robotic material-handling systems, control software, and manufacturing automation.

We support customers improve product quality, eliminate production errors, and lower manufacturing costs through providing high-quality robotic and automation with material handling technology products at a competitive price for their ROI. We serve an international customer base from our Port Arthur, Texas location and through a global network of integration and distribution partners.

Typical applications for our automation systems include beginning and end-of-production line product palletizing, built to order picking "Build-To-Order" (BTO) mixed palletizing and material handling of products that are randomly received from product conveyor or selectively picked from pallet.

Our mission is to provide the best and competitive solution per customer requirements. We are customer **focused and technology driven** in all aspects of our business.

Since it's inception the Robogistics group has shown profitability and is therefore poised to support it's growths.  In 2020 alone, Robogistics projected Sales of US $8-10 MM by December 2020. Currently Robogistics confirms a backlog of approximately $ 4.5MM meeting it strategic current sales expectations and keeping us on track to reach our year-end sales goals of an additional 4.0 MM despite the current global pandemic. In addition, we are currently on track to meet booked project timelines setting Robogistics up for the upcoming business model years of 2021 and 2022. Robogistics is currently estimated to produce over 10-15 large Gantry Automation solutions in the next two (2) years. That estimated production will be comprised of mainly Gantry Robots and our own in-house PC and PLC software with associated systems hardware. The balance of our growth with additional estimated US $1.5 -2 MM will be comprised of additional services but not limited to such as residual gantry software and hardware upgrades. installation, residual and new system in-house and on-site system training, parts, on-site maintenance, OEM engineering, and modeling services.

Being a OEM, Robogistics manages total oversight and control of the products we concept, design and manufacture. Robogistics is setup as a complete engineering, manufacturing, and controls house. The Robogistics team has many years of experience in the three (3) areas of engineering, manufacturing and controls has allowed us to engineer and provide a wide variety of standard and also custom equipment, specialty solutions for challenging material handling challenges. Robogistics holds several patents and current patent pending solution in a variety of industries such as, printing, tire / rubber and logistics & distribution just to name a few. Our expertise in these areas positions Robogistics to be one of the industry leaders in material handling and has allowed Robogistics to create a wide breadth of OEM equipment and solutions that we offer. Some of the services we offer include:
- Robotics - Gantry Robots
- Material Handling - Pallet Highway
- Safety Technology
- Articulating Robots Accessories (End of Arm Tooling)
- AGV – LGV Manufacturing & Automation Assembly
- End of Arm Tooling

Headquarters  R&D Facility
3451 57th Street
Port Arthur, Texas 77642 USA
US PHone # +1 409 332 0639

Eastern US Regional Office
201 East 5th Street - Suite 1900
Cincinnati, Ohio 45202 USA
US Phone # +1 409 332 0639
www.txrobogistics.com

Germany Representation
Kurzes Geländ 10 - Suite 200
86156 Augsburg Germany
Germany Phone # +49176 9858433

Page 4 of 32





12/16/2020                                                Proposal Number: **1033.2020.P.3**

- Software Controls & Safety Fencing
- Material Handling Solutions
- Supervisory Systems for Manufacturing & Distribution
- WMS Packages & Robotic Software Packages
- Custom Material Handling Machinery
- Engineering Services
- 3D Modeling & Simulation Services
- Mechanical, Electrical & Controls Services
- Electrical Panel Builds
- Onsite Installation
- Mechanical, Electrical & Controls Service Support
- Project Management
- Customer Training Classes
- Large Scale Installation
- Service Department with Inventory

Robogistics Key Management Team Includes:

| Senior Management | |
|---|---|
| Salh Wyatt-Khan | President & CEO |
| JC Caraway | VP of Global Sales & Marketing |
| David Hayes | VP Engineering |
| Joel Carawa | Manager, Purchasing & Operations |
| Allison Cambell | Manager, Accounting |
| Tony Hannon | Manager, Production |
| Larry Jewell | Manager, Service Manager |
| Olivia Khan | Operation Development / HR |
| Second Level Management | |
| Richard Harrington | Eastern Regional Sales Manager |
| Jochen Rohr | Western Regional Sales Manager |
| Daniel Wright | Manager, Controls Development |
| Kevin Shelton | Supervisor, Production |
| Juan Morales | Team Leader, Machining/Welding |
| Deanna Hall-Rattay | Team Leader, Mechanical Design Sr. |

Headquarters  R&D Facility
3451 57th Street
Port Arthur, Texas 77642 USA
US PHone # +1 409 332 0639

Eastern US Regional Office
201 East 5th Street - Suite 1900
Cincinnati, Ohio 45202 USA
US Phone # +1 409 332 0639
www.txrobogistics.com

Germany Representation
Kurzes Geländ 10 - Suite 200
86156 Augsburg Germany
Germany Phone # +49176 9858433

Page 5 of 32

 

**Robogistics**
Robotic · Automation · Logistics

---

12/16/2020                                                    Proposal Number: **1033.2020.P.3**

| Phillip Raines | Project Manager |
|---|---|

## 2.    References & Site Visits

Dematic has requested three (3) references for their review and possible site visits. Due to COVID 19 and our customers current changes in policies and restrictions, site visits are extremely hard to setup due to employee safety concerns of our customers allowing non-essential personnel on site.

Robogistics will make best efforts to arrange site visits to a minimum of two (2) possible Robogistics customers. The first is Sherwin Williams Company. However, there are three (3) possible locations that we are trying to arrange site visits. All suggested site visit has multimillion-dollar BTO solutions designed and implemented by the current Robogistics team on staff. All solutions are order picking solutions multiple handling case products / pails, and each logistics center /plant is handling hundreds of SKU's in their solution. The second is Continental Tire, like Sherwin Williams, Continental has over twelve (12) million dollars in systems and equipment designed, manufactured and installed by Robogistics team. They are handling over a thousand SKU's simultaneously and run a production rate of around 80,0000 passenger & truck tires daily. Both customers have had their solutions running for many years and are reflective of the size and scale of what we are offering to Dot Foods. Robogistics is currently working with certain plants to upgrade and maintain these systems.

Please note, Robogistics will have several gantry solutions of similar size and scale ready for a FAT in Port Arthur, TX around mid-November 2020 that Dematic may want to visit Robogistics and inspect. Lastly, later during the engineering process of DOT, sometime in February of 2021 Robogistics will have a layer order picking solution remarkably similar to the system proposed for Dot Foods in our Port Arthur manufacturing facility. Dematic and Dot are welcome to come and see these systems run, subject to our customers agreement to allow viewing of their system.

Depending on the timing Robogistics could possibly run some of Dot Foods pallets through the system and make some test videos to show them as well.

If site visits cannot be arranged for Sherwin Williams or Continental Tire, both customers are willing to have phone conversations with Dematic to discuss their experiences.

Robogistics needs to know who would be attending and their titles please. Per this customer's last request, no more than three (3) individual working for either Dematic and or DOT Foods. Once we receive authorization form our customer Covid 19 confirmation will be required and approved.

 

## 3.    Overview Per Q 144553-Turn-Key Layer Picking Gantry Cell 9-17-2020 Section 1.6

Section 1.6.1 Robotic Depalletizing Cell

Order pallets requiring layer pick quantity of SKUs i.e. rainbow pallets will be fulfilled in the gantry layer pick cells.

The layer-picking gantry portion of the system will be composed of 4 separate gantry cells. Each cell will have an infeed and outfeed conveyor.

If the inbound pallet will be fully consumed, it will be conveyed to the end of the infeed conveyor and the full pallet will be picked by the gantry to be placed on an empty pallet position within the cell.

If the pallet will not be fully consumed, it will be conveyed to the pick position of the infeed conveyor where the gantry will pick the required layers from the pallet. The pallet will then be conveyed to the end of the outfeed conveyor where it will exit the cell.

Order pallets are built by the gantry within the cell. When an order pallet is complete, it will be picked by the gantry and moved to the outfeed conveyor. The pallet will then be conveyed to the end of the outfeed conveyor where it will exit the cell.

Dematic WCS will communicate to the cell controller the order data, SKU to be processed, dimensional information of the SKU and layers, and quantity of cases on the layer.

A more detailed description of operations is described below, as well as an overview of one (1) gantry area shown below.

<u>1.6.1.1.1 Layer Inventory Replenishment</u>

The Dematic WCS determines if all upcoming layer picks can be serviced by donor pallets present in the field within the Layer Pick Gantry (LPG) area. If an additional donor pallet is needed to fill upcoming picks, Dematic WCS generates a replenishment order for a donor pallet of that SKU and schedules a donor pallet for delivery to the gantry field.

The Dematic WCS then selects full pallets for the order from pallets that are available in the ASRS and allocates layers from that pallet if the SKU is not in the field, or if all layers of that SKU in the field have already been allocated to orders. The Dematic WCS selects pallets from the aisles available at the time of the allocation. The pallet(s) are selected in accordance with the donor pallet selection rules.

Dematic WCS will provide a mission to deliver the donor pallets to the appropriate gantry field. At the infeed lane induction point, the pallet is transferred onto the pallet conveyor. The pallet is conveyed to the gantry cell. The layer pick system will confirm when the movement is complete.

Dematic WCS will determine the order pallet position for the pallet build operations. Dematic WCS will direct the layer pick system to use previously emptied donor pallets (CHEP, GMA, PECO) as a new order build pallet. However, when there are no available empty pallets in the gantry system to be used as an order pallet, Dematic WCS will issue a mission for an empty pallet to be delivered from an empty pallet stack within the




field to an open position by the gantry. There will be an empty pallet stack position for each of the three types of pallets. Once the empty pallet stack becomes low in quantity of pallets, Dematic WCS will issue a mission for an empty pallet stack to be delivered to the appropriate gantry field, and position.

Dematic WCS will direct the layer pick system to move an empty pallet that is not required for the base of an order pallet and is blocking the delivery of a waiting donor pallet to be delivered to that position and place it on the empty pallet stack. Dematic WCS will receive a notification from the layer pick system when the empty pallet has been delivered to the empty pallet stack location. The quantity of empty pallets per stack in the fields will be tracked. If the stack reaches its max and more nonrequired empty pallets are generated, the gantry will notify the Dematic WCS, which will then order the empty stack to be removed from the gantry field.

Layer Donor Pallet Re-Preparation

If additional layers on a donor pallet are allocated to another order in another gantry field after the pallet has already been delivered to a certain LPG field, the pallet will be conveyed to the gantry field outfeed lane. Dematic WCS would then direct the conveyance equipment to deliver the donor pallet to the appropriate lane in the other gantry field.

1.6.1.1.2 Donor Pallet Departure

When picking is complete from a donor pallet in the LPG pallet field, the Dematic WCS determines if the pallet is to be returned to storage, transported to another LPG field, used as a starter pallet for a new order, or collected as an empty pallet in the field.

Empty Donor Pallets

Each field will maintain one stack of empty pallets per gantry robot for each type of pallet (CHEP, PECO, and GMA). If more than one stack of pallets exists per gantry robot, Dematic WCS will direct the gantry to pick up the empty pallet stack and place it on the outbound conveyor to be collected outside of the gantry fields, and to be retrieved in the future when needed.

Donor Pallets with Residual Inventory

The Dematic WCS determines if a donor pallet with residual inventory is needed for any upcoming layer picks. If the donor pallet is not needed by any released or pending layer order, then the Dematic WCS will direct the layer picking system to pick up the pallet and place it onto the outbound conveyor for return to the ASRS.

1.6.1.1.3 Layer Picking

The Dematic WCS will assign a pallet order build to an available order location. Dematic WCS assigns pallet orders up to the maximum number pallet build positions. The order selection process will make an order available for assignment once all SKUs for the order that have been requested are residing in the layer pick system or when there are no open inventory positions to accept a pending replenishment. The Dematic WCS will use the order urgency to prioritize the order assignment determination. When there are multiple orders with matching order urgency and layer availability, the order that will pick the greatest number of layers available to be picked will be selected. If there are more layers available than can fit on the order pallet, they will be constructed onto a subsequent order pallet for that order.




The Dematic WCS assigns order line items to layer pick order pallets. The Dematic WCS assigns layers to pick for each order pallet up to the maximum allowable pallet load height.

The Dematic WCS will pass the pallet build layer information to the layer pick system, as well as a pick mission for each layer to be picked in build sequence. The stackability and crushability rules will be followed to sequence the layers. Additionally, the standard pallet build parameters for maximum size and weight will also be adhered to.

The system repeats the picking process to have required layer(s) of additional SKU(s) placed on the order pallet until the order pallet is complete. The LPG will inform the Dematic WCS once each mission is complete.

The Dematic WCS directs the LPG to pick up the completed order pallet and to deposit it at a pallet drop-off position on the outfeed lane. The conveyor controls system confirms the movement when complete.

The Dematic WCS assigns the next pallet order to a position as the prior order completes and the position becomes available.

- a. Robogistics interpretation of the Layer Picking Process
  - • WCS decides
    - o Which order will be stacked
    - o the layers which will belong together on an order pallet
    - o Which gantry will build that order
    - o in which floor location within the gantry will the order be stacked.
    - o the sequence of the layers on the order, bottom to top, taking into account various crushability factors and business rules.
  - • WCS instructs the gantry in question, one-layer mission at a time:
    - o Pick a layer (or more) from XX location (the donor pallet)
    - o Place the layer(s) to YY location (the order build location)

<u>Negative Layer Picking</u>

Negative picking is only possible if those SKU's meet the business rules for pallet build and they are on the correct pallet type.

If the remaining layers on the donor pallet that can be used as the start of an order; Dematic WCS would just have to indicate that the pallet is now an order pallet already containing X layers of SKU ###. At this point it just becomes another order pallet that would be completed by the gantry, then picked from the field and placed on the outbound lane. If another order needed that SKU from that pallet, but we made it an order pallet, we would have to allocate layers of the SKU from another donor pallet that's either in the ASRS or in another field. If it is a donor pallet that is not in the field (so a "drive-through" pallet on the conveyor) and we are able to still send it to the Gantry pallet pick up position, then we would have the gantry pick it up and move it to the field and we would make that an order pallet. If we are not able to send it in the field because it has already started to exit the cell, then we would send it to another gantry.

<u>1.6.1.1.4 Partial Order Pallet Output from LPG Cell to LPG Cell</u>

If a released order is not able to be completed by a single gantry, Dematic WCS will assign the order so that it is started at the gantry cell with SKUs that qualify to be on the bottom of the pallet (e.g. "Heavy" SKUs). Once

Headquarters R&D Facility
3451 57th Street
Port Arthur, Texas 77642 USA
US PHone # +1 409 332 0639

Eastern US Regional Office
201 East 5th Street - Suite 1900
Cincinnati, Ohio 45202 USA
US Phone # +1 409 332 0639
www.txrobogistics.com

Germany Representation
Kurzes Geländ 10 - Suite 200
86156 Augsburg Germany
Germany Phone # +49176 9858433

Page 9 of 32





12/16/2020                                                          Proposal Number: **1033.2020.P.3**

the first gantry has completed as much of the order as possible, Dematic WCS will direct the gantry to send out the partial order. Dematic WCS will then direct the MHE to deliver the partial order to the following gantry in order to continue the order picking. This will continue to occur until the partial order pallet is fully completed.

Once the order is completed, the Dematic WCS directs the LPG to pick up the completed order pallet and to deposit it at a pallet drop-off position on the outfeed lane. The conveyor controls system confirms the movement when complete.

The cell must contain manual controls (i.e. push buttons, selector switches, etc.), in order to manually jog the pallet conveyor when there is a fault that requires pallets to be moved.

Robogistics Note: Manual controls for conveyors are under Dematic's scope of work. Robogistics will supply manual controls on the gantry HMI screen for Robogistics supplied hardware only.

An HMI for the cell will allow basic operational control of the cell, it will display current status and statistics of cell's components such as active state, active mode, cycle counts, idle time, rate, as well as allow for mode selection of the cell (i.e. production, maintenance, etc.).

Dematic's control architecture for the robot and related equipment can be reference in Figure 3 of the RFQ **"Q 144553-Turn-Key Layer Picking Gantry Cell 9-17-2020"**.

**Robogistics Notes**

Dematic will bring Donor pallets over to the layer picking gantry area. When the pallet arrives at the dunnage removal area prior to the gantry robots. The donor pallets will have the dunnage removed by an operator and verified for product type and structural integrity. All product information will be sent to the Robogistics supervisor for tracking. When Dematic notifies the Supervisor that the pallet load is transferred into an LPG. The supervisor will then give the load information to the robot. This is to ensure the right product and the quality of goods can go through the automatic solution without causing problems.

Robogistics has included our basic order picking package with a supervisory PC. Robogistics will work with Dematic on developing a mutually agreeable sequence of operations.

Robogistics has included safety fences, gates and light curtains as needed within the system. The system is controlled by a safety plc.

As an Option Dematic would also like to see the following items included below.

Option 1 – Maintenance Access Catwalks
    This option is to add an installed maintenance access catwalk to each gantry.
Option 2 – Pallet Lifts for Pickup and Drop-off Positions
    This option is to add a turn-key freezer-rated pallet lift for each pickup and for each drop-off position in the system. This item was included in the original system pricing and we supplied this at no additional cost to Dematic. This will be the same.
Option 3 – Gantry Pallet Stands
    This option is to add turn-key pallet stands for all of the pallet positions in the gantry system. To include all engineering and installation. This item was included in the original system pricing and we supplied this at no additional cost to Dematic. This will be the same.

Headquarters R&D Facility        Eastern US Regional Office        Germany Representation   Page 10 of 32
3451 57th Street              201 East 5th Street - Suite 1900     Kurzes Geländ 10 - Suite 200
Port Arthur, Texas 77642 USA      Cincinnati, Ohio 45202 USA       86156 Augsburg Germany
US PHone # +1 409 332 0639       US Phone # +1 409 332 0639       Germany Phone # +49176 9858433
                            www.txrobogistics.com





12/16/2020      Proposal Number: **1033.2020.P.3**

## 4.    Robogistics Controls Architecture Layout



Communications between the various Robogistics supplied components will be Profinet

Headquarters  R&D Facility
3451 57th Street
Port Arthur, Texas 77642 USA
US PHone # +1 409 332 0639

Eastern US Regional Office
201 East 5th Street - Suite 1900
Cincinnati, Ohio 45202 USA
US Phone # +1 409 332 0639
www.txrobogistics.com

Germany Representation
Kurzes Geländ 10 - Suite 200
86156 Augsburg Germany
Germany Phone # +49176 9858433





12/16/2020                                          Proposal Number: **1033.2020.P.3**

## 5.    System Layout



Headquarters R&D Facility
3451 57th Street
Port Arthur, Texas 77642 USA
US PHone # +1 409 332 0639

Eastern US Regional Office
201 East 5th Street - Suite 1900
Cincinnati, Ohio 45202 USA
US Phone # +1 409 332 0639
www.txrobogistics.com

Germany Representation
Kurzes Geländ 10 - Suite 200
86156 Augsburg Germany
Germany Phone # +49176 9858433

Page 12 of 32





Proposal Number: **1033.2020.P.3**

## 6.    End of Arm Tools





Headquarters  R&D Facility
3451 57th Street
Port Arthur, Texas 77642 USA
US PHone # +1 409 332 0639

Eastern US Regional Office
201 East 5th Street - Suite 1900
Cincinnati, Ohio 45202 USA
US Phone # +1 409 332 0639
www.txrobogistics.com

Germany Representation
Kurzes Geländ 10 - Suite 200
86156 Augsburg Germany
Germany Phone # +49176 9858433

Case 1:23-cv-00408-MAC   Document 3   Filed 11/14/23   Page 55 of 99 PageID #: 220



**Robogistics**
Robotic · Automation · Logistics

Proposal Number: **1033.2020.P.3**





Headquarters R&D Facility
3451 57th Street
Port Arthur, Texas 77642 USA
US PHone # +1 409 332 0639

Eastern US Regional Office
201 East 5th Street - Suite 1900
Cincinnati, Ohio 45202 USA
US Phone # +1 409 332 0639
www.txrobogistics.com

Germany Representation
Kurzes Geländ 10 - Suite 200
86156 Augsburg Germany
Germany Phone # +49176 9858433





12/16/2020                                           Proposal Number: **1033.2020.P.3**

## 7.    Project Information Per Q 144553-Turn-Key Layer Picking Gantry Cell 9-17-2020 Per Section 1.7

| Layer Dimensions | Length (Inches) | Width (Inches) | Height (Inches) | Weight (Pounds) |
|---|---|---|---|---|
| Minimum Layer Pick | 48 | 40 | 3.15 | 24 |
| Average Layer Pick | 48 | 40 | 7.4 | 130 |
| Maximum Layer Pick (May Include Multiple Layers) | 52 | 44 | 35 | 1,200 |

| Cardboard Slipsheets | Length (Inches) | Width (Inches) | Height (Inches) | Weight (Pounds) |
|---|---|---|---|---|
| Cardboard Slip Sheets | 47" | 39" | <0.25" | <2.0 lbs. |

| Pallet Load Dimensions | Length (Inches) | Width (Inches) | Height (Inches) | Weight (Pounds) |
|---|---|---|---|---|
| Minimum Pallet (Includes the Physical Pallet) | 48 | 40 | 18 | 100 |
| Maximum Pallet (Incl. Physical Pallet) | 52 | 44 | 96 | 2,500 |
| Pallet Only | 48 | 40 | 6 | 50 |
| **Pallet Load Physical Characteristics:** CHEP, GMA, PECO.<br>**NOTE:** Pallet load overhang <u>must not exceed 2" on all sides</u>. | | | | |

**NOTES:**

a.  Donor Pallets will be SKU pure pallets.

b.  Order Pallets will be SKU pure layers

c.  Carton boxes sealed with glue or tape

Headquarters  R&D Facility
3451 57th Street
Port Arthur, Texas 77642 USA
US PHone # +1 409 332 0639

Eastern US Regional Office
201 East 5th Street - Suite 1900
Cincinnati, Ohio 45202 USA
US Phone # +1 409 332 0639
www.txrobogistics.com

Germany Representation
Kurzes Geländ 10 - Suite 200
86156 Augsburg Germany
Germany Phone # +49176 9858433

Page 15 of 32





12/16/2020          Proposal Number: **1033.2020.P.3**

---

d. Order pallets are required to be built on the appropriate pallet type between the three types stated above.

e. Dematic WCS will maintain recipe of tool functions required for each SKU and communicate that to the robot when providing picking instructions.

f. Layers can include chimneys (or voids) depending on SKU pattern.

g. Slip sheets may be present on donor pallets, which will require automatic sensing and handling. They may be handled along with the layer if needed.

h. There will not be ice formations, frost, or other condensation on the surfaces of the layers.

Q 144553-Turn-Key Layer Picking Gantry Cell 9-17-2020 Section 1.9.1 The gantry robotic layer picking area will be in a -12° C (10° F) freezer.

Q 144553-Turn-Key Layer Picking Gantry Cell 9-17-2020 Section 1.9.2 The robotic gantry layer picking cells will be located on the ground floor of the new building. The equipment installed for the cell must assume a minimum specification of 8"-thick concrete with a rating of 4,000 psi.

## 8. Rates Per Q 144553-Turn-Key Layer Picking Gantry Cell 9-17-2020 Per Section 1.8

The robotic layer picking system is required to perform at a total contract rate of 3.66 layers per min and 3.62 pallet moves per min for a total of 7.28 moves per min at 85% utilization with the proposed layout. These rates are based on the following information:

- Average layers per donor pallets: 5
- Empty pallets per stack: 8
- Average layers per order pallet: 6.4
- Average layers per pick: 1.5
- Donor Pallets Inbound per hour: 167 PPH
- Empty Pallets placed in Pallet Position: 52 PPH
- Order Pallets per hour moved out of the field: 52 PPH
- Donor Pallets Outbound (Residuals) per hour: 167 PPH
- Empty Pallet Stacks per hour moved to the field: 7 PPH

Per our discussions and mutual understanding and agreement Robogistics is not making any rate guarantees which involve the sequencing of work into and out of the gantries, workload balance, etc. These factors are dependent on decisions made by Dematic's WCS. Robogistics will provide average cycle times for the various types of missions: Move a full pallet, move a layer, move an empty pallet. Robogistics can advise Dematic as needed in estimating the overall rate with a given set of assumptions.

Robogistics Gantry Cycle Times Per Gantry

- Average Layer Picking Cycle Time: 22.12
- Average Empty Pallet Picking Cycle Time: 21.79
- Average Donor Pallet to Floor Cycle Time: 23.95
- Average Order Pallet to the Outfeed Conveyor Cycle Time: 23.95
- Average Residual Pallets to Outfeed: 23.95
- Average Stack of Empty Pallets to the Floor: 21.84

Headquarters R&D Facility
3451 57th Street
Port Arthur, Texas 77642 USA
US PHone # +1 409 332 0639

Eastern US Regional Office
201 East 5th Street - Suite 1900
Cincinnati, Ohio 45202 USA
US Phone # +1 409 332 0639
www.txrobogistics.com

Germany Representation
Kurzes Geländ 10 - Suite 200
86156 Augsburg Germany
Germany Phone # +49176 9858433

Page 16 of 32




12/16/2020                                    Proposal Number: **1033.2020.P.3**

## 9.    Equipment Hardware

| Item | Qty | U/M | Description |
|------|-----|-----|-------------|
| | | | |
| 1 | 4 | EA | Robogistics Gantry rBuild 2000 3 Axis Closed Gantry Robot |
| 2 | 4 | EA | Robogistics Layer End of Arm Tool (LPT-1000) with the LPF-10 Frame |
| 3 | 4 | EA | Robogistics SOAL Robot Control Systems |
| 4 | 1 | EA | Robogistics SOAL Supervisory Control |
| 5 | 4 | LOT | Legs & Gussets (part of item 1) |
| 6 | 4 | LOT | Safety Fencing |
| 7 | | EA | Safety Gates |
| 8 | 1 | LOT | Light Curtains |
| 12 | 1 | LOT | In-House CNC Machining |
| 13 | 1 | LOT | In House Assembly |
| 14 | 1 | LOT | In-House Fabrication |
| 15 | 1 | LOT | Setup & Testing at Robogistics |
| 16 | 1 | LOT | Internal Factory Acceptance Test (IFAT) @ Robogistics |
| 17 | 1 | LOT | Factory Acceptance Test (FAT) @ Robogistics |
| 18 | 1 | LOT | Teardown & Skidding |
| 19 | 1 | LOT | Operator Manuals |
| 20 | 1 | LOT | 2 Days of Mechanical, Electrical & Controls Training @ Robogistics Port Arthur, TX facility |

## 10.    Engineering & Project Management

| Item | Qty | U/M | Description |
|------|-----|-----|-------------|
| | | | |
| 1 | 1 | EA | In House Project Management |
| 2 | 1 | EA | In-House Mechanical Engineering |
| 3 | 4 | EA | In-House Electrical Engineering |
| 4 | 1 | EA | In-House Controls Engineering |
| 5 | 1 | EA | Sequence of Operations (SOO) |
| 6 | 1 | EA | Review Layout – sign off |
| 7 | 1 | EA | Review main gantry – sign off components |
| 8 | 1 | EA | Review SOO - sign off |
| 9 | 1 | EA | Review Gantry Controls – sign off (includes high level program architecture, HMI, and safety) |

Headquarters R&D Facility
3451 57th Street
Port Arthur, Texas 77642 USA
US PHone # +1 409 332 0639

Eastern US Regional Office
201 East 5th Street - Suite 1900
Cincinnati, Ohio 45202 USA
US Phone # +1 409 332 0639
www.txrobogistics.com

Germany Representation
Kurzes Geländ 10 - Suite 200
86156 Augsburg Germany
Germany Phone # +49176 9858433

Page 17 of 32

 

12/16/2020                                                 Proposal Number: **1033.2020.P.3**

## 11.    System Pricing Breakdown

| Item | Description | Price |
|------|-------------|-------|
| | **Robogistics Gantry rBuild 2000 Robot** | |
| 1 | **Equipment Hardware** | $ 1,986,782.00 |
| 2 | **System Engineering** | $ 228,369.00 |
| 3 | **Project Management** | $ 30,000.00 |
| 4 | **Freight (Estimated)** | $ 60,000.00 |
| 5 | **Factory Acceptance Test Support** | $ 5,000.00 |
| | **Installation 1** | |
| 6 | **Mechanical, Electrical & Controls at Site** | $ 160,665.00 |
| 7 | **Startup & Commissioning** | $ 41,526.00 |
| 8 | **Site Acceptance Test** | $ 4,559.00 |
| 9 | **Travel and Living Expenses (Estimated)** | $ 30,000.00 |
| | **Installation 2** | |
| 10 | **Mechanical, Electrical & Controls at Site** | $ 18,762.00 |
| 11 | **Startup & Commissioning** | $ 10,258.00 |
| 12 | **Site Acceptance Test** | $ 1,140.01 |
| 13 | **Travel and Living Expenses (Estimated)** | $ 9,300.00 |
| | **Additional Site Activities** | |
| 15 | **Four (4) Weeks Site Support 24/7 Freezing Environment** | $ 150,195.00 |
| 16 | **Travel and Living Expenses (Estimated)** | $ 31,155.00 |
| 17 | **Run Time License Fees** | Included |
| 18 | **Installation Startup Kit** | $ 51,150.00 |
| 19 | **Total Project Amount Before Credit** | **$ 2,818,861.00** |
| 20 | **Amount Credited For Original Dot Order** | **$ (580,640.50)** |
| 21 | **Total Price of System** | **$ 2,238,220.50** |

| | **Option Pricing** | |
|------|-------------|-------|
| 1 | **Option 1 Catwalk Per End of Gantry** | $ 35,000.00 |
| 2 | **Option 2 Pallet Lifts** | Included |
| 3 | **Option 3 Pallet Stands** | Included |
| 4 | **Optional Safety Zoning** | $ 35,000.00 |

Headquarters  R&D Facility
3451 57th Street
Port Arthur, Texas 77642 USA
US PHone # +1 409 332 0639

Eastern US Regional Office
201 East 5th Street - Suite 1900
Cincinnati, Ohio 45202 USA
US Phone # +1 409 332 0639
www.txrobogistics.com

Germany Representation
Kurzes Geländ 10 - Suite 200
86156 Augsburg Germany
Germany Phone # +49176 9858433

Page 18 of 32

 

12/16/2020                                                    Proposal Number: **1033.2020.P.3**

## 12.    Payment Schedule Change Due to Global Financial Conditions

Please note change of payment terms due to the current global financial market changes brought on by COVID-19 & current Global negative Economic Development.

- 20% with purchase order net due within five (5) days.
- 30% After approval of engineering releases of main components to production / procurement net due with fifteen (15) days.
- 30% After successful Delivery at Dot Foods factory floor net due fifteen (15) days from invoice date.
- 10% After successful SAT I – hand over to customer production payable net thirty (30) days but no later than ninety (90) days from invoice date (delays are not due to Robogistics fault). Per agreement with Dematic, the final SAT Agreement will be signed and agreed upon at least 2 months prior to factory acceptance testing at Robogistics.
- 10% After successful SAT II – hand over to customer production payable net thirty (30) days but no later than ninety (90) days from invoice date (delays are not due to Robogistics fault). Per agreement with Dematic, the final SAT Agreement will be signed and agreed upon at least 2 months prior to factory acceptance testing at Robogistics.

**Please Note:**

- Any other negotiated terms may result in additional associate charges.
- Project Cancellation within the first two to three (2-3) months will void the down payment or incur up to a minimum of 15% penalty, whichever is greater.
- Final SAT event will not take place any later than the agreed upon Go Live date October 31, 2022.

Payment Dollar Amounts with Above Payment Term Milestones. This is based off the total system price and does not include any options. If Dematic chooses to purchase any options listed above this will change the milestone payments listed below.

- Dematic to deduct from Robogistics 20% Down payment of $ 447,644.10 - $ 141,441.99 ($ 220,101.54 Overpayment - $ 78,659.55 Still Due) = $ 306,201.11 due to Robogistics.
- 2nd Payment = $ 671,466.15 due to Robogistics
- 3rd Payment = $ 671,466.15 due to Robogistics
- 4th Payment = $ 223,822.05 due to Robogistics
- 5th Final Payment = $ 223,822.05 due to Robogistics

Total Amount of Above = $ 2,238,220.5

Headquarters  R&D Facility
3451 57th Street
Port Arthur, Texas 77642 USA
US PHone # +1 409 332 0639

Eastern US Regional Office
201 East 5th Street - Suite 1900
Cincinnati, Ohio 45202 USA
US Phone # +1 409 332 0639
www.txrobogistics.com

Germany Representation
Kurzes Geländ 10 - Suite 200
86156 Augsburg Germany
Germany Phone # +49176 9858433

Page 19 of 32

 

12/16/2020 Proposal Number: **1033.2020.P.3**

## 13. Responsibilities Per Q 144553-Turn-Key Layer Picking Gantry Cell 9-17-2020 - Section 1.10

| | **Robogisitcs** | |
|---|---|---|
| **#** | **Deliverable** | **Description / Notes** |
| 1 | Engineering design of the Robotic Gantry Layer Picking Cells, and drawings | To include all the engineering necessary to design the mechanical and controls components of robot cell. Specify, in proposal document, the anticipated power consumption needs for the hardware being supplied. (PDF/DWG/STP) Power Consumption Included Below. |
| 2 | Procurement of all the equipment for the robotic cell, minus the conveyors | Including but not limited to all the cell controls devices, HMI's, Control panels, PDP panels, safety measures (fencing, light curtains, etc.), gantry robots, EOAT(s). This includes all freezer rated components. Hardware providing freezer rated specifications to be submitted for review by Dematic and the end customer to ensure consistency and long-term support. |
| 3 | Heat calculations for all of the panels in the gantry system scope provided by the integrator | Panels designed to JIC standards. JIC is obsolete. It was absorbed in the NFPA 79: Electrical Standards Excel Spreadsheet for the Heat Calculations. |
| 4 | Design, procurement, and programming of machine vision system(s) as required for the solution | Not applicable in the proposed system |
| 5 | Specify the mounting requirements for conveyor, fencing, robot, sensors, and any other vendor supplied external components | For Dematic's Mechanical Engineering resources to design surrounding equipment, if applicable. Included in the equipment pricing below, where applicable. |
| 6 | Collaborate with Dematic in preparation of the FAT plan | Walk through the FAT plan with Dematic prior to the FAT. See FAT plan below in Section 6 Q 144553-Turn-Key Layer Picking Gantry Cell 9-17-2020 Specification Responses, Clarifications and Exceptions of the proposal with mutually document agreement to be two (2) months prior to FAT. |
| 7 | Factory Acceptance Test (FAT) build, and execution with Dry-run prior to FAT. | Including installation, programming and commissioning of the cell, actual FAT to test cell functionality and robot performance. Dematic to attend FAT with invitees. Labor to move product for testing prior to FAT and during actual FAT testing should be included in the quote. Integrator to perform a dry-run FAT prior to the actual FAT. Robogistics has included this in the pricing below in Section 11 of the proposal. |
| 8 | FAT Set up tear down and truck loading | Included in the equipment pricing below. |
| 9 | Freight to project site | Freight estimate Included in Section 11 of the proposal below with pricing subject to change. |

Headquarters R&D Facility
3451 57th Street
Port Arthur, Texas 77642 USA
US PHone # +1 409 332 0639

Eastern US Regional Office
201 East 5th Street - Suite 1900
Cincinnati, Ohio 45202 USA
US Phone # +1 409 332 0639
www.txrobogistics.com

Germany Representation
Kurzes Geländ 10 - Suite 200
86156 Augsburg Germany
Germany Phone # +49176 9858433

Page 20 of 32




12/16/2020                                                    Proposal Number: **1033.2020.P.3**

| | **Robogisitcs** | |
|---|---|---|
| **#** | **Deliverable** | **Description / Notes** |
| 10 | Unloading at site | Included in the Installation pricing below. |
| 11 | On-site installation, commissioning of all the equipment within the cell as necessary to ensure the robotic cell is running up to the specifications in this RFP | To include installation crew, not just installation supervision. Included in the Installation pricing below. |
| 12 | Integration to equipment upstream and downstream of the robotic cell being supplied by Dematic as required. | Working closely with Dematic's engineering team. Included. However please see additional notes in Section 6 Q 144553-Turn-Key Layer Picking Gantry Cell 9-17-2020 |
| 13 | Integration with Dematic iQ WCS software platform per DCI specification | Included. However please see additional notes in Section 6 Q 144553-Turn-Key Layer Picking Gantry Cell 9-17-2020 |
| 14 | Collaborate with Dematic in the preparation of the Site Acceptance Test Plan | Included. However please see additional notes in Section 6 Q 144553-Turn-Key Layer Picking Gantry Cell 9-17-2020 |
| 15 | Site Acceptance Test (SAT) support at the project site required | Included in the pricing. SAT agreement will be negotiated and finalized at most 2 months prior to Factory Acceptance Testing at Robogistics. |
| 16 | Formal training of the robotic system. | To be performed prior to GoLive. To include training documents and all other manuals for the system (i.e. operation, equipment, cell component manuals, etc.) Robogistics understands this to be at the customers final site acceptance at the end user's facility in Illinois but prior to Dematics final GoLive event. |
| 17 | 4 weeks of standby support after go-live at the customer site. 7 days/week, 3 shift/day, 8 hours/shift, 1 FTE/shift. | Support on site by an engineer at the robot cell after go-live. Included in the pricing section 11 below. |
| 18 | 12-month warranty on hardware and software after customer GoLive | 12-month warranty on the equipment provided by the supplier to be in line with Dematic's warranty start. This is only valid if the GoLive event is before the last day of October of 2022. |
| 19 | All travel expenses for integrator's personnel to complete Integrator's tasks. | Included in the pricing section 11 below |
| 20 | Submit review drawings for review and approval prior to purchasing components | Review drawings are submitted for review with the Dematic team. (PDF/DWG/STP) Included. |

Headquarters R&D Facility
3451 57th Street
Port Arthur, Texas 77642 USA
US PHone # +1 409 332 0639

Eastern US Regional Office
201 East 5th Street - Suite 1900
Cincinnati, Ohio 45202 USA
US Phone # +1 409 332 0639
www.txrobogistics.com

Germany Representation
Kurzes Gelände 10 - Suite 200
86156 Augsburg Germany
Germany Phone # +49176 9858433

Page 21 of 32




12/16/2020                                          Proposal Number: **1033.2020.P.3**

| | **Robogisitcs** | |
|---|---|---|
| **#** | **Deliverable** | **Description / Notes** |
| 21 | Provide a copy of Supplier's standard software license and schedule of fees, if applicable | Runtime Licenses are included there are no additional license fees required for the proposed system below. |
| 22 | Requirements for installation environment (floor mounting specs, temperature, etc.) | Robogistics has broken the system installation into two events. Installation 1 will be done in above freezing ambient temperatures including startup and commissioning and site acceptance testing. Once that is complete and the end user is ready to run full production, they will bring the area to the final temperature and once the gantry robot has settled. Robogistics will return for a second and final installation, recommission and re-startup and final site acceptance testing of the equipment. |

| | **Dematics** | |
|---|---|---|
| **#** | **Deliverable** | **Description** |
| 1 | Procurement of all the conveyors inside of the robotic cell. | Conveyors to shipped to OEM's FAT location |
| 2 | Lifting and erecting equipment on site. | To include fork lift, scissor lifts. |
| 3 | Review and approve drawings | Dematic to review, provide feedback, and approve the layout and overall equipment layout drawings. |
| 4 | Engineering, procurement, installation, commissioning, testing and support of the MHE upstream/downstream of the robotic depalletizing cells | N/A |
| 5 | Engineering of pneumatic requirements outside of the robot depalletizing cell, including layout drawing and equipment specification | N/A |
| 6 | Overall Project Management, Engineering, and Installation of ASRS, conveyors, safety, control cabinets, and remainder of the complete system | N/A |
| 7 | All conveyors in solution, except for those mentioned above, if applicable | N/A |

Headquarters R&D Facility
3451 57th Street
Port Arthur, Texas 77642 USA
US PHone # +1 409 332 0639

Eastern US Regional Office
201 East 5th Street - Suite 1900
Cincinnati, Ohio 45202 USA
US Phone # +1 409 332 0639
www.txrobogistics.com

Germany Representation
Kurzes Geländ 10 - Suite 200
86156 Augsburg Germany
Germany Phone # +49176 9858433

Page 22 of 32

 

12/16/2020                                        Proposal Number: **1033.2020.P.3**

| | Dematics | |
|---|---|---|
| **#** | **Deliverable** | **Description** |
| 8 | All conveyors in solution, with the exception of those mentioned in the section above under Suppliers Responsibilities, if applicable | N/A |
| 9 | Specify Electrical safety device components and location for integration with Supplier solution | N/A |
| 10 | Final design, and layouts of the system | ? |
| 11 | Electrical supply for Supplier equipment, including UPS emergency power | ? |
| 12 | Networking equipment outside of the robotic cell (including switches, cabling, routers, etc.) | N/A |
| 13 | RF Network access points | N/A |
| 14 | Wired internet connection | |
| 15 | Test product for the Factory Acceptance Test, or the Site Acceptance Test | As specified and agreed |
| 16 | Design and Procurement of the concrete mezzanine | Based on specifications required by the integrator N/A |

**Headquarters  R&D Facility**
3451 57th Street
Port Arthur, Texas 77642 USA
US PHone # +1 409 332 0639

**Eastern US Regional Office**
201 East 5th Street - Suite 1900
Cincinnati, Ohio 45202 USA
US Phone # +1 409 332 0639
www.txrobogistics.com

**Germany Representation**
Kurzes Geländ 10 - Suite 200
86156 Augsburg Germany
Germany Phone # +49176 9858433

Page 23 of 32



**Robogistics**
Robotic · Automation · Logistics

## 14.  Q 144553-Turn-Key Layer Picking Gantry Cell 9-17-2020 Specification Responses, Clarifications and Exceptions

Robogistics has created this proposal based on the specification. Q 144553-Turn-Key Layer Picking Gantry Cell 9-17-2020 as provided by Dematic and per our discussions with Kevin Heath & Andres Pereda.

**The Robogistics OEM Gantry and end of arm tool (EOAT) are Robogistics Intellectual property (IP) and are patent pending.**

The robot motion programming will follow a sequence of operations (SOO) document tailored to the Dematic / DOT system requirements.  This will be a collaboration between Robogistics, Dematic, and DOT Foods.  Pre-written Gantry Program modification starts after customer sign-off of the SOO.

The Robogistics OEM Pre-written Gantry program codes such as code blocks, AOI and related programming are Robogistics intellectual property (IP) and are source code protected where applicable.  This includes the Robogistics Gantry programable logic controller (PLC), Robogistics Model SOAL supervisor PC inclusive of all required and necessary electrical-, controls and safety PLC functionalities.  All open questions or clarifications, such as desired behaviors for specific devices shall be addressed during the SOO collaboration, prior to SOO sign-off.

All programming residing on the various Robogistics controllers will be done by Robogistics.  Third party AOI's, code blocks, or HMI's will not be used.

1. **Section 1.4.2 Proposal Contents**
   a. **Ownership Structure**
      i. 3 Major Shareholders Including Private Equity Partner BHG
      ii. 5 Individual entities from Ohio and Texas serving as Supervisory Board
      iii. 3 Elected Officers elected by the shareholder – advisory board running Robogistics
   a. **Required Proposal content: Item Number 8.** Robogistics is a privately held LLC and it's corporate governess doesn't allow detail financial information to be shared outside of the board room. We can confirm that Robogistics equity position is positive by member and private equity funding and currently it is self-funded without traditional bank financing. Robogistics current EBITA is positive for 2020.

2. **Section 1.6.1.3 Layer Picking** Robogistics Clarification
   a. Robogistics interpretation of the Layer Picking Process
   • WCS decides
      o Which order will be stacked
      o the layers which will belong together on an order pallet
      o Which gantry will build that order
      o in which floor location within the gantry will the order be stacked.
      o the sequence of the layers on the order, bottom to top, taking into account various crushability factors and business rules.
   • WCS instructs the gantry in question, one layer mission at a time:
      o Pick a layer (or more) from XX location (the donor pallet)
      o Place the layer(s) to YY location (the order build location)

Headquarters  R&D Facility
3451 57th Street
Port Arthur, Texas 77642 USA
US PHone # +1 409 332 0639

Eastern US Regional Office
201 East 5th Street - Suite 1900
Cincinnati, Ohio 45202 USA
US Phone # +1 409 332 0639
www.txrobogistics.com

Germany Representation
Kurzes Geländ 10 - Suite 200
86156 Augsburg Germany
Germany Phone # +49176 9858433

Page 24 of 32



    b.   Layer picking position Note
When the end of arm tool (EOAT) is picking very short layers, for example: picking the last one (1) or two (2) layers, the EOAT will be in a very low axis position. This specific situation may result in the pallet needing to be transferred to the full pallet pick position, where the EOAT has additional clearance to operate. The short layers can be removed. This leaves an empty pallet, and potentially creates an additional empty pallet cycle. We believe this would be a rare condition.

3. **Section 1.6.1.1.4 Partial Order Pallet Output from LPG Cell to LPG Cell**
    a.   **Manual Controls** Robogistics has manual controls of the gantry robot only manual controls for conveyors are under Dematic's scope of work and not included in the pricing below.
    b.   **Dematic Controls Architecture (Figure 3).** Robogistics takes exception to this Allen Bradley layout out. Robogistics uses Siemens components on the gantry robot. This is Robogistics design platform for our control's architecture and is included in section 3 of the proposal. It also shows our communication protocol for the system to be Profinet.

4. **Section 1.7 Materials to Be Handled**
    a.   **Max Layer Size** Correction from 54" to 52" which would be larger than the allowable layer overhang of 2" as stated in the max pallet dimensions.
    b.   **Notes: Item b** Correction: Order pallets will be SKU pure layers not pallets
    c.   **Notes: Item f**
The EOAT includes two (2) means for gripping layers: (1) four (4)-sided clamp which grips and lifts by surrounding the entire perimeter of the layer. Each of the four (4) clamps is a flat clamping surface. Second a Robogisitcs designed layer-size vacuum head approx. 40x48in. It has a single vacuum zone gripping technology. The side clamps on the gripper and vacuum system are not aware of, nor do they make adjustments for voids in the patterns. This is normally not an issue. Since the EOAT gripper can pick layers with voids. Please note that it may be possible for layers to contain voids of such magnitude to present challenges. The suitability of each pattern for use with the EOAT will be evaluated on a case-by-case basis.
    d.   **Notes Section: Item g**
The current EOAT includes handling slip-sheets but not detecting them. Slip-sheet handling and sensing are not calculated in the rate. Robogistics has not included automatic sensing of the slip-sheets below but the system will handle the slip-sheet provided it already knows where they are. Please Note: Automatic slip-sheet detection would have a impact on rate due to searching every layer cycle.

5. **Section 1.8 Rate** Clarifications as per our discussions, Robogistics is not making any rate guarantees which involve the sequencing of work into and out of the gantries, workload balance, etc. These factors are dependent on decisions made by Dematic's WCS. Robogistics will provide average cycle times for the various types of missions: Move a full pallet, move a layer, move an empty pallet. Robogistics can advise Dematic as needed in estimating the overall rate with a given set of assumptions.
    a.   **Average Layer Picking Cycle Time: 22.12**
    b.   **Average Empty Pallet Picking Cycle Time: 21.79**
    c.   **Average Donor Pallet to Floor Cycle Time: 23.95**
    d.   **Average Order Pallet to the Outfeed Conveyor Cycle Time: 23.95**
    e.   **Average Residual Pallets to Outfeed: 23.95**
    f.   **Average Stack of Empty Pallets to the Floor: 21.84**

Headquarters R&D Facility
3451 57th Street
Port Arthur, Texas 77642 USA
US PHone # +1 409 332 0639

Eastern US Regional Office
201 East 5th Street - Suite 1900
Cincinnati, Ohio 45202 USA
US Phone # +1 409 332 0639
www.txrobogistics.com

Germany Representation
Kurzes Geländ 10 - Suite 200
86156 Augsburg Germany
Germany Phone # +49176 9858433

Page 25 of 32

 

6.  **Section 1.10 Responsibility Matrix**

    b.  Power Consumption for Robogistics 200 AMPS Per Gantry Head plus 30 AMPS for Supervisor/Safety and 50 AMPS for each EOAT for a Total of 1030 AMPS needed.

    c.  Safety Measures-Robogistics assumes that conveyors supplied outside of gantry to be a natural barrier and that people will not be allowed to walk on top of the conveyor.

    d.  Heat calculations for all of the panels in the gantry system scope provided by the integrator. Understood. Panels designed to JIC Standards. The JIC standard is obsolete. It was absorbed in the NFPA. Robogistics will design to NFPA 79 (2018 version). Please Note that all control cabinets will be UL rated and arc flash rated. There are a total of (5) HMI's in the proposed four (4) headed solution. One HMI for each gantry robot z beam axis head and one (1) for the supervisory control.

    e.  Section about Design, procurement, and programming of machine vision system(s) as required for the solution. Not Applicable there is no machine vision being supplied or needed.

    f.  Section about FAT system, planning, setup, and testing. FAT Agreement between Dot Foods, Dematic and Robogistics will need to be completed at least two (2) months prior to final FAT at Robogistics. All materials and samples for FAT must be at a minimum onsite one (1) week prior FAT prior test samples are excluded. Robogistics will setup only one-half (1/2) of a gantry superstructure and make available for FAT that one-half (1/2) gantry robot head with one robot EOAT layer gripper mounted to the Z beam that the customer can come and inspect and perform the pre agreed FAT test in Port Arthur, TX. We would define that FAT test at least two months prior to the site visit based on the product that will be sent to us for the FAT. Once the FAT is complete, Robogistics will take that YZ off the setup superstructure and get that gantry robot head and YZ carriage ready for shipping while Robogistics sets up the rest of the three (3) heads on the X Frame superstructure one at a time and then cycles each YZ and End of Arm tooling for a predetermined amount of time to make sure each head is ready and complete. Then Robogistics will remove each completed head and get it ready for shipping to site for install. Robogistics will also setup partial safety fencing, one door and light curtain to demonstrate and test the E-Stop functionality and the necessary recovery functionality on the gantry HMI. Please note this is what Robogistics has allocated for pricing anything more will be done at an additional price.

    g.  Integration with Dematic iQ WCS software platform per DCI specification
        Clarification covering the DCI communications with the WCS.
        It is necessary, and a requirement by Robogistics, that Robogistics understand the messaging protocol in enough specific detail for the Robogistics Controls team to tailor and write the communication code blocks which will be implemented under the Robogistics OEM controls platform for use in this project. A hard definition of the required messages is required and will be developed by all parties, and mutually agreed upon during the SOO collaboration. The implementation details of such programming is the responsibility of Robogistics. All programming residing on the various Robogistics controllers will be done by Robogistics. Third party AOI's, code blocks, or HMI's will not be used.

    h.  Collaborate with Dematic in the preparation of the Site Acceptance Test Plan SAT clarification. Robogistics is planning for two (2) install events one (1) in a nonfreezing environment and a 2nd in a freezing environment. Per the agreement between Dematic and Robogistics final SAT Agreements will be signed and agreed upon by Dot Foods, Dematic and Robogistics at a maximum of two (2) months prior to the FAT demonstration at Robogistics. After the agreements

Headquarters R&D Facility
3451 57th Street
Port Arthur, Texas 77642 USA
US PHone # +1 409 332 0639

Eastern US Regional Office
201 East 5th Street - Suite 1900
Cincinnati, Ohio 45202 USA
US Phone # +1 409 332 0639
www.txrobogistics.com

Germany Representation
Kurzes Geländ 10 - Suite 200
86156 Augsburg Germany
Germany Phone # +49176 9858433

Page 26 of 32




12/16/2020                                                        Proposal Number: **1033.2020.P.3**

are in place Robogistics will run the agreed SAT's per the agreement. Any additional changes or modifications to the agreed upon SAT agreements will be done at an additional price and will not have any impact on the agreed upon SAT payment.

- i. **Formal training of the robotic system. To be performed prior to GoLive. To include training documents and all other manuals for the system (i.e. operation, equipment, cell component manuals, etc.)** Clarification - Robogistics understands this to be at the final site acceptance at the end users' site in Illinois but prior to Dematics final GoLive event.
- j. **12-month warranty on hardware and software after customer GoLive. 12-month warranty on the equipment provided by the supplier to be in line with Dematic's warranty start. This is only valid if the GoLive event is before the last day of the year of 2022.**
- k. **Provide a copy of Supplier's standard software license and schedule of fees, if applicable** Runtime Licenses are included there are no additional license fees required for the proposed system below. These licenses are not interchangeable nor can be used on any other robotic devices.
- l. **Requirements for installation environment (floor mounting specs, temperature, etc.)** Robogistics has broken the system installation into two (2) events. Installation One will be done in above freezing ambient temperatures including startup and commissioning and site acceptance testing. Once that is complete and the end user is ready to run full production, they will bring the area to the final temperature and once the robot has settled. Robogistics will return for a second and final installation, recommission and re-startup and final site acceptance testing of the equipment. Robogistics will supply floor mounting specs to Dematic.

7. **Section 1.10.1 Suppliers.**
   Robogistics takes exception to items 1 & 2. Robogistics uses its own developed technology combined with the Siemens Technology. On Item 2 there are no barcode scanners being provided by Robogistics.

8. **Section 1.11.1 Dematic Specified Documents.**
   **Items 8 & 9**
   Clarification - Robogistics understands manuals will be provided by the Robogistics final site acceptance test at the end users' site in Illinois but prior to Dematics final GoLive event. A draft manual will be provided prior to FAT for review.

9. **Section 1.14.1 Sales Agreement.**
   Robogistics clarification. Please see additional price breakdown below under section 11 page 18 of this proposal.

10. **Section 1.14.2 Payment Schedule.**
    Robogistics takes exception. Please see proposed payment schedule below under section 12 page 19 of this proposal.

**Headquarters R&D Facility**
3451 57th Street
Port Arthur, Texas 77642 USA
US PHone # +1 409 332 0639

**Eastern US Regional Office**
201 East 5th Street - Suite 1900
Cincinnati, Ohio 45202 USA
US Phone # +1 409 332 0639
www.txrobogistics.com

**Germany Representation**
Kurzes Geländ 10 - Suite 200
86156 Augsburg Germany
Germany Phone # +49176 9858433

Page 27 of 32

 

12/16/2020                                                    Proposal Number: **1033.2020.P.3**

11. **Section 1.14.3 Invoices.**
     Robogistics takes exception to the net sixty (60) days specified in section 1.14.3. Please see proposed payment schedule below under section 12 page 19 of this proposal for the proposed invoice terms.

## 15.    Delivery Timing

Delivery Timing Based on purchase order (PO) receipt on or before October 15, 2020 date.
- November 06, 2020- PO
- November 20, 2020 Kick Off Meeting
- December 30, 2020 Engineering Layout Approval
- March 2021 Engineering Signoff of Final Layout Drawing
- April 2021 Start Purchasing, Fabrication and Manufacturing
- August 2021 Beginning of Assembly
- October 2021 Final Assembly and Handoff to Controls
- December 2021 FAT Complete All Systems
- December 2021 Delivery at Site
- February 2022 Installation at Customer Site Non-Frozen Environment Ph 1
- February 2022 Startup & Commissioning Ph 1
- February 2022 Site Acceptance Test SAT Phase 1
- March 2022 Installation at Customer Site Frozen Ph 2
- March 2022 Startup & Commissioning Ph 2
- March 2022 Final Site Acceptance Test Ph 2

## 16.    Robogistics and Dematics Final Agreement 12-16-2020

### Date:12-09-2020 Meeting Dematic and Robogistics

After our meeting together yesterday, I believe we are close to an agreement and I wanted to start a Rough Draft Document that we can both edit and agree upon for a Final Agreement that we can execute and move forward with.

Stephen per our discussions yesterday. Here are the main bullet points that I took out of the meeting and I believe that we are in accord with. Please read over this list and let me know if you agree.

Project Milestones with Updated Completion Dates

| Payment | | | Planned Completion Date |
|---|---|---|---|
| Downpayment | 20% | $ 563,772.20 | 12/10/2020 |
| Engineering Approvals | 30% | $ 845,658.30 | 2/15/2020 |
| Delivery to Customer Site | 30% | $ 845,658.30 | 12/31/2020 |
| SAT#1 | 10% | $ 281,886.10 | 4/1/2020 |
| SAT#2 | 10% | $ 281,886.10 | 12/1/2020 |

Notice I changed the Down payment & Engineering Approvals dates to what we discussed. The first milestone would be based on a Final Agreement document that will allow Robogistics and Dematic to move forward with the reinstatement of Dot Foods project understanding that the final paperwork by both sides might take a little longer.

Headquarters R&D Facility
3451 57th Street
Port Arthur, Texas 77642 USA
US PHone # +1 409 332 0639

Eastern US Regional Office
201 East 5th Street - Suite 1900
Cincinnati, Ohio 45202 USA
US Phone # +1 409 332 0639
www.txrobogistics.com

Germany Representation
Kurzes Geländ 10 - Suite 200
86156 Augsburg Germany
Germany Phone # +49176 9858433

Page 28 of 32





12/16/2020                                                      Proposal Number: **1033.2020.P.3**

Regarding the reinstatement of the Dot Foods Project Robogistics Understands this is how we will proceed.
Robogistics understands we will proceed with the following to reinstate Dot Foods Project.

| | | |
|---|---|---|
| Total Price | $ | 2,818,861.00 |
| Dematic Credit Amount from original Dot Phase 1 | $ | (501,772.20) |
| Final Closing Owed for Dot Phase 1 | $ | 78,659.55 |
| **Down Payment Owed to Restart Project** | | |
| Down payment | $ | 563,772.20 |
| Minus Credit Amount | $ | (501,772.20) |
| Down payment Owed to Robogistics | $ | 62,000.00 |
| Final Closing for Phase 1 to Robogistics | $ | 78,659.55 |
| Total Owed to Robogistics | $ | 140,659.55 |
| Total Repayment of Over Payment Owed to Dematic | $ | 220,101.54 |
| Total Credit Remaining Owed to Dematic by Robogistics | **$** | **79,441.99** |
| Total Owed to Robogistics for Pandora Invoice 1040 | $ | 47,000.60 |
| | | |
| Total Credit Owed to Dematic by Robogistics. | $ | 32,441.39 |

This amount to be sent by ACH to Dematic Upon signed Final Agreement between both parties, receipt of Dematic updated purchase order and Robogistics acknowledgement with 1ˢᵗ Downpayment invoice.

Per our conversation. You understand that the first cash event would be Robogistics sending the final credit amount to Dematic to settle the overpayment and allows us to close the Pandora job for now and the Dot Phase 1 portion of the project.

Regarding moving forward into the Engineering milestone. Robogistics and Dematic both felt it important that we have a very clear understanding of what that entails. Dematic proposed to send us the engineering approval documentation for Robogistics to review. Robogistics will read this document over and make sure to see how that document is reflected in our statements in Robogistics latest proposal and then setup a call with Dematics team to make sure that Dematic and Robogistics both understand and agree to what will be done and what is shown and delivered to Dematic to get those approvals. This agreement document will be a part of the Final Agreement Document and purchase order. Also, Dematic understands that this project must move forward and that when drawings are sent for review and approval that Dematic will respond to that drawing no later than five (5) days of receipt of the drawing. Any delays by Robogistics are not Dematics fault and Dematic will not be held responsible. However, Robogistics should not be penalized for nonpayment of the 2ⁿᵈ milestone engineering payment due to Dematic not responding in a timely manner as stated above for drawing reviews and approvals.

Second, the Engineering Approval would be the first cash outlay by Dematic other than the original for the Dot Phase 1 settlement. Therefore once the Engineering Approvals have been signed and agreed to by Dematic and ready for release for Manufacturing that the second milestone payment is extremely important to Robogistics because we will have already started the procurement and purchasing of raw materials and parts as approvals come in. Robogistics would like this Engineering Release milestone to be treated like the down payment would have originally and due upon receipt due to all the expenditures Robogistics will have incurred to date. You stated your understanding and agreement that this is not unreasonable request but that Robogistics would need to get with Tim Freeman and get his help on this item.

Headquarters R&D Facility
3451 57th Street
Port Arthur, Texas 77642 USA
US PHone # +1 409 332 0639

Eastern US Regional Office
201 East 5th Street - Suite 1900
Cincinnati, Ohio 45202 USA
US Phone # +1 409 332 0639
www.txrobogistics.com

Germany Representation
Kurzes Geländ 10 - Suite 200
86156 Augsburg Germany
Germany Phone # +49176 9858433

 

Robogistics
Robotic · Automation · Logistics

---

12/16/2020                                          Proposal Number: **1033.2020.P.3**

## Date:12-16-2020 Meeting Dematic and Robogistics

**Please Note: In the following responses all items in blue are responses or statements per Dematic. Everything in black are statements by Robogistics.**

**Dematic Response: Engineering Approval Dematic will accept due upon receipt milestone payment.**
Per Dematic the Milestone objectives are as follows. Per Robogistics agreement with Dematic on 12-16-2020.

<u>Downpayment:</u>
 Robogistics Acceptance of new/modified PO
**Understood & agreed. Robogistics will review and accept the PO with the changes stated in proposal 1033.2020.P.3**
 Confirmation of project Schedule in Final Proposal
**Understood & agreed upon Robogistics has included the schedule in proposal 1033.2020.P.3**

<u>Engineering Approvals:</u>
 Gantry Cycle time Chart
**Understood & agreed. Robogistics to supply calculations for system based on design.**
 Description of Operation
**Understood and Agreed Robogistics will supply.**
 Simulation shared (video is okay)
**Robogistics has nothing to do on this. Dematics agrees this is complete.**
 Cell Layout approved by Dematic
**Understood & agreed.**
 Mechanical and Electrical BOM
**Understood & agreed.**
 Robot Reach drawings
**Understood & agreed.**
 Robot Riser or Gantry support drawings with dynamic loading calculations
**Understood & agreed. Riser (Not Applicable). Robogistics will supply the Dynamic Load Calculations for the Robot, Anchors, Depth of Holes for anchors, PSI Under Leg Pad**
 Robot/Gantry End of Arm Tool drawings
**EOAT -Robogistics will host a review meeting for Dematic in which 3D views of the EOAT will be used to describe the device, components, and picking processes.**
**Due to the proprietary and sensitive nature of the EOAT the 3D drawings will have limited details. They will be provided with the exception of customary high level data with the manual. Robogistics to supply an exploded Layout of EOAT. Secondly Robogistics will supply EOAT clearances around the perimeter of load, off the conveyor, and floor.**
 Pneumatic drawings
**Understood & agreed.**
 FLA, Power and Air requirements
**Understood: Please Note: No Air drops needed by Dematic.**
 Vision System drawings
**Not Applicable there is no vision in the system.**

---




12/16/2020                                    Proposal Number: **1033.2020.P.3**

Risk Analysis document
**Robogistics responsibility is to support this effort for only the hardware we supply and control. For clarity this includes everything but pallet conveyors within the fence line of the gantry robots.**
PFMEA document
**Robogistics responsibility is to support this effort for only the hardware we supply and control. For clarity this includes everything but pallet conveyors within the fence line of the robots. Failure points and recovery of hardware. Dematic will supply a template to Robogistics for us to follow the same format.**
Electrical drawings approved
**Understood & agreed**
System Heat Calculations shared
**Understood & agreed: Robogistics will supply these calculations**
Delivery to Customer Site:
FAT signed and approved by Dematic with the understanding that the FAT and SAT document to be finalized confirmed on or before two (2) months for readiness of iFAT, FAT & SAT.
**Understood: Robogistics Agreed**
Punchlist completed or marked to be completed at install
**Understood & agreed**
All PLC logic shared with Dematic
**Dematic: Requests PLC Code to make adjustments as needed. Robogistics will work with Dematic on what is provided and negotiate an agreed upon level of items to be shared. This needs to be agreed upon before the system FAT and Delivery to Customer Site.**
All Robot programs shared with Dematic
**Dematic: Requests PLC Code to make adjustments as needed. Robogistics will work with Dematic on what is provided and negotiate an agreed upon level of items to be shared. This needs to be agreed upon before the system FAT and Delivery to Customer Site.**
HMI programs shared with Dematic
**Dematic: Requests PLC Code to make adjustments as needed. Robogistics will work with Dematic on what is provided and negotiate an agreed upon level of items to be shared. This needs to be agreed upon before the system FAT and Delivery to Customer Site.**

SAT/Turnover 1:
SAT phase 1 Signed and Approved by Dematic
**Understood & agreed**
Punchlist completed and Approved by Dematic
**Understood & agreed**
Operations and Maintenance Manuals turned over
**Understood & agreed**
Spare Parts list provided
**Understood & agreed.**
Training and Training documentation provided
**Understood & agreed**
Final layout drawings and electrical drawings shared with Dematic in .dwg format
**Understood & agreed**

**Headquarters R&D Facility**
3451 57th Street
Port Arthur, Texas 77642 USA
US PHone # +1 409 332 0639

**Eastern US Regional Office**
201 East 5th Street - Suite 1900
Cincinnati, Ohio 45202 USA
US Phone # +1 409 332 0639
www.txrobogistics.com

**Germany Representation**
Kurzes Geländ 10 - Suite 200
86156 Augsburg Germany
Germany Phone # +49176 9858433

**Page 31 of 32**





12/16/2020                                              Proposal Number: **1033.2020.P.3**

SAT/Turnover:
 SAT phase 2 Signed and Approved by Dematic
**Understood & agreed**
 Final punch list completed and Approved by Dematic
**Understood & agreed**
 All final PLC, Robot, and HMI programs shared with Dematic
**Understood & agreed**
All other milestones will be at the agreed upon Net 60 payment terms as stated.

**Also, Dematic would like to reuse the existing PO number if possible. Tim would update the existing PO to reflect the new proposal and RFP including our Final Agreement Document that reflect our final agreement and understanding that both Dematic and Robogistics will sign.**

Robogistics, LLC                                    Dematic


_____               _____
By_____            by_____
Title: _____        Title: _____
Date: _____        Date: _____

The pricing included within this proposal is only valid from 30 days (30) calendar days on the date listed.

Purchase orders are to be sent to the attention of Sales Entry Department (sales@txrobogistics.com) with referencing proposal 1033.2020.P.3

Robogistics Terms
& Conditions.pdf

Robogistics LLC Standard Terms & Conditions Apply.

Thank you for the opportunity to supply this proposal and we hope it meets your approval.  If there are any questions or comment, please do not hesitate to contact us for clarification.


Regards,


J.C. Caraway
**Vice President Global Sales & Marketing**

cc:      David Hayes, VP of Engineering
         Administration
         Customer File:    1033.2020.P.3

**Headquarters  R&D Facility**
3451 57th Street
Port Arthur, Texas 77642 USA
US PHone # +1 409 332 0639

**Eastern US Regional Office**
201 East 5th Street - Suite 1900
Cincinnati, Ohio 45202 USA
US Phone # +1 409 332 0639
www.txrobogistics.com

**Germany Representation**
Kurzes Geländ 10 - Suite 200
86156 Augsburg Germany
Germany Phone # +49176 9858433

Page 32 of 32

Robogistics, LLC
3451 57th Street
Port Arthur TX 77642



**Robogistics**
Robotic - Automation - Logistics

Phone:    409-532-0639

| | | |
|---|---|---|
| Page: | 1 of 1 |
| Date: | 8/31/2021 |
| Printed At: | 8/31/2021 9:16:39 AM |

## INVOICE

**Invoice: 20127**

| Bill To: | Ship To: |
|---|---|
| Dematic<br>PO Box 152117<br>Grand Rapids IL 49515<br>USA | Dematic<br>PO Box 152117<br>Grand Rapids IL 49515<br>USA |

**EMail:**    nainvoices@dematic.com

| | | | |
|---|---|---|---|
| PO Number: 4501736285 | Terms: Due upon receipt | F.O.B.: FOB Origin |
| Sales Rep: JC Caraway | Ordered: 8/30/2021 | Ship Via: See proposal |

*Sales Order: 642*

Legal Number: 20127

| Line | Part Number/Description | Revision | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | AJSA.00001 System Adder<br>Change Order for original specifications on RFP 09-17-2020 to meet<br>updated -10 Degree requirement, as per Proposal 1144.2021.P.1; Due<br>Upon Receipt | | 0.00      1<br>**PO Number:** | 0.00000 /1<br>4501736285 | 34,000.00 |

| Payment Schedule | |
|---|---|
| **Due Date** | **Amount** |
| 1    8/31/2021 | 34,000.00 |
| **Total** | 34,000.00 |

**Invoice Payment Due Date: 08/31/2021**
**Payment To:**
**JP Morgan Chase Bank**
**19747 US 59 N**
**Humble, TX 77338 USA**
**Account Number 372962537**
**ABA Routing Number 122100024**

| | |
|---|---|
| Line(s) Subtotal: | 34,000.00 |
| Miscellaneous Charges: | 0.00 |
| Less Advance Billing: | 0.00 |
| Total Tax: | 0.00 |
| Reverse Charge Tax: | 0.00 |
| Less Prepaid Deposits: | 0.00 |
| Less Deposit: | 0.00 |
| Rounding: | 0.00 |
| Total | 34,000.00 |

**EXHIBIT 4**

ARForm:001 :00

Page 1 of 5
06/16/2023 16:43:19

# DEMATIC

Purchase Order
## 4501805697

03/09/2022

www.dematic.com

| Supplier    103322<br>Robogistics, LLC<br>363 North Sam Houston Parkway East<br>Houston TX  77060 | Invoicing Options:<br>Email:<br>Basware Registered Suppliers<br>DEMATIC.US@email.basware.com<br>Unregistered Suppliers<br>DematicUS@bscs.basware.com<br>Mail:  Dematic Corp - US<br>PO Box 42729<br>Indianapolis, IN 46242 | Additional Information<br>Currency    USD<br>Buyer    Javier Garcia<br>Phone<br>Fax<br>Email    Javier.Garcia2.ext@dematic.com |
|---|---|---|

Delivery Terms
FOB(Free on board) /ORIGIN - Collect

Payment Terms
Net Cash on Receipt of Invoice

06/16/2023
A new line for $14,564.26 was added to this PO, follo wing Stephen Deceuninck instructions, requisition number 1005571645.

05/30/2023
Change in price not approved by Cecilia Corrales, a new requisition is needed to make the price change.
Additional line added in PO, SAP purchase requisition 1005561249.

05/26/2023
Change in price ordered by Eric Ocampo, from $ 81,012.10 to $127,500.00.
Purchase requisition will be issued later, according to e mail received.

Dematic contact for technical questions, drawings and approval is
Hassan, Syed <Syed.Hassan@dematic.com>

ATTENTION
- Delivery Date(s) on this order is not a shipment date but rather the date the goods/services are to arrive. Please arrange to ship prior to this date ensuring it will arrive by the delivery date.
- Invoices must reference a Dematic PO number and PO item number(s) if provided for our Accounts Payable department to reference.
- Please ensure only one PO number per invoice. Dematic is not able to process invoices with multiple PO numbers referenced. Multiple items on a single PO number is acceptable.
- Please generate a separate PDF document for every invoice. (1 invoice = 1 PO number = 1 PDF or hard copy document unless EDI or VIP is used).
- Failure to comply may result in invoices not being processed or paid.
***Suppliers should submit invoices as soon as materials are shipped and services are complete.  DO NOT DELAY in order to receive prompt invoice processing and remittance per payment terms***

| Item | Material/Description | Rev | Quantity | UM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | SPL2298987 | | 81,012.10 | EA | 1.00 / EA | 81,012.10 |

Basic Description of Material /Service
 RENTAL EQUIPMENT FOR GANTRY INSTALL / UN
-Delivery Date:03/23/2022

Project Definition: 144553-6130-0003-061301
Used  in unit(s):
061301
Tax Code U0 - Item not taxable

***** Please notify the buyer upon shipment or completion of this order  item. Thank you.*****

Delivery Address
Dematic Project 144553
DOT FOODS

EXHIBIT
## 5



# DEMATIC

www.dematic.com

Purchase Order
## 4501805697

03/09/2022

| Item | Material/Description | Rev | Quantity | UM | Unit Price | Extended Price |
|------|---------------------|-----|----------|----|-----------|----------------|
| | ATTN: TROY SCHENK | | | | | |
| | 1 DOT WAY | | | | | |
| | MOUNT STERLING IL  62353 | | | | | |
| | UNITED STATES | | | | | |

Project Site Delivery Contact
 Roberts, Matt

  mattroberts@DOTFOODS.com

Confirmed Per James 4/20

Item Text:
 Syed.Hassan@dematic.com;

Material PO Text:
 Quote from Robogistics on the cost of rental equipment needed for the project.

 Material Group = LPA -  - Gantry or Articulated - Robotics - Palletizing

| Item | Material/Description | Rev | Quantity | UM | Unit Price | Extended Price |
|------|---------------------|-----|----------|----|-----------|----------------|
| 2 | | | 46,487.90 | EA | 1.00 / EA | 46,487.90 |

Basic Description of Material /Service
 ADDITONAL RENTAL EQUI
-Delivery Date:06/01/2023

Project Definition: 144553-12-11-1360
Used  in unit(s):
061301
Tax Code U0 - Item not taxable

***** Please notify the buyer upon shipment or completion of this order  item. Thank you.*****

Delivery Address
 Dematic Project 144553
 DEMATIC CORP.
 Office Receiving/Mail Services
 507 Plymouth Avenue NE
 GRAND RAPIDS MI  49505
 UNITED STATES

 Project Site Delivery Contact
  Roberts, Matt

  mattroberts@DOTFOODS.com

***** Please confirm price and delivery schedule within 24 hours of this order *****

Item Text:
 Additional charges are incoming for rental equipment to get us up to date.

| Item | Material/Description | Rev | Quantity | UM | Unit Price | Extended Price |
|------|---------------------|-----|----------|----|-----------|----------------|
| 3 | | | 1.00 | EA | 14,564.26 / EA | 14,564.26 |

Basic Description of Material /Service
 Rental Equipment #10
-Delivery Date:06/16/2023

# DEMATIC
www.dematic.com

Purchase Order
## 4501805697

03/09/2022

| Item | Material/Description | Rev | Quantity | UM | Unit Price | Extended Price |
|------|----------------------|-----|----------|----|-----------| ---------------|

Project Definition: 144553-12-11-1360
Used  in unit(s):
061301
Tax Code U0 - Item not taxable

***** Please notify the buyer upon shipment or completion of this order  item. Thank you.*****

Delivery Address
 Dematic Project 144553
 DEMATIC CORP.
 425 Plymouth Avenue NE
 GRAND RAPIDS MI  49505
 UNITED STATES

 Project Site Delivery Contact
 Roberts, Matt

 mattroberts@DOTFOODS.com

***** Please confirm price and delivery schedule within 24 hours of this order *****

| | | | | Total net value excl. tax USD | 142,064.26 |
|--|--|--|--|--|--|



**DEMATIC**
www.dematic.com

Purchase Order
**4501805697**

03/09/2022

Terms and Conditions of Purchase:

This Purchase Order is subject to and incorporates by reference the current terms and conditions of Dematic North America. -General Terms and Conditions of Purchase (Form 137). All transactions are subject to the current Dematic North America. -General Terms and Conditions of Purchase (Form 137) and Integrity: Powering Dematic's Ethical Supply Chain document (collectively ("Terms and Conditions") available at https://supplierportal.dematic.com/Default.aspx
Any additional or different terms and conditions presented by Supplier are hereby rejected unless otherwise expressly accepted by Dematic in writing. Dematic may amend the Terms and Conditions in Dematic's sole discretion at any time, and such modified Terms and Conditions shall be applicable to any Purchase Orders issued thereafter. Except for the obligations contained in Integrity: Powering Dematic's Ethical Supply Chain, the Terms and Conditions shall be superseded by any agreements mutually executed by Supplier and Dematic that are intended to apply to the specific transaction described in this Purchase Order.

State Sales/Use Tax Registration Numbers are available upon request.

If Product or service provided requires Material Safety Data Sheet ("MSDS") pursuant to Hazard Communication/Right to Know regulations, the MSDS should accompany the product/service being provided.
A copy of the MSDS should also be mailed to:
Dematic Corp. HR Dept. 507 Plymouth Avenue NE, Grand Rapids, MI 49505;
or the MSDS can be Faxed to: (616)913-5500, Attn. HR Dept.

Merchandise purchased pursuant to this Purchase Order may be subject to US Department of Agriculture regulations affecting the importation of solid wood packaging materials (e.g., crates, skids, etc.). Supplier is obligated to ensure imported merchandise containing any solid wood packing material meets the treatment and marking provisions of the International Plant Protection Convention.
Dematic may assign any of its rights or delegate any of its duties pursuant to this Purchase Order and/or assign the entire Purchase Order to any subsidiary, affiliate, division, successor or acquirer of Dematic.

Dematic may assign any of its rights or delegate any of its duties pursuant to this Order and/or assign the entire Order to any subsidiary, affiliate, division, successor or acquirer of Dematic.

Supply Chain Security:
Where Seller is involved in the international supply chain, Seller undertakes to ensure that its supply chain security procedures and their implementation are in accordance with the criteria set forth by the WCO (World Customs Organization) or are comparable to or exceed the WCO requirements. Further supply chain security details can be found on the WCO website www.wcoomd.org and the Dematic Supplier Portal https://supplierportal.dematic.com.

Customs Ocean Cargo Security Requirements Compliance:
Seller agrees to ensure that the Carrier shall defend, indemnify, hold harmless and reimburse Buyer from and against all fines, penalties and damages sustained by Buyer arising out of or relating to the Carrier's failure to comply with CBP (U.S. Customs and Border Protection's) ISF (Importer and Security Filing) requirements, including damages sustained by Buyer as a result of CBP's seizure. Further CBP, CTPAT (Customs Trade Partnership Against Terrorism) and Dematic supply chain and cargo security requirement details and supporting information can be found at the links below:

U.S. Customs and Border Protection # Security Criteria for CTPAT Foreign Manufactures
https://www.cbp.gov/sites/default/files/documents/fm_security_criteria_english_3.pdf

U.S. Customs and Border Protection # Home Page
https://www.cbp.gov/border-security/ports-entry/cargo-security/ctpat

Dematic Supplier Portal
https://supplierportal.dematic.com

PPAP Requirements
Dematic requires suppliers to submit a part submission warrant with samples and supporting documents as part of the PPAP process. This is for new parts and for revisions on Dematic controlled drawings. See PPAP Guideline document on Dematic web site
https://supplierportal.dematic.com/Default.aspx
or contact your Dematic buyer.

PPAP Level 1: Warrant only - revision level changes have no effect on product.
PPAP Level 2: Warrant with product samples, dimensional data, material certification - required on changes to form, fit or function.
PPAP Level 3: Warrant with product samples, dimensional data, capability study, material certification, process flow diagram, quality control plan, gage studies, DFMEA if applicable, PFMEA - required on changes to form, fit or function with critical characteristics identified.

Freight Routing Guide
For all applicable Purchase Orders where Dematic will be charged with freight or the ultimate cost of transportation, the Dematic Freight Routing Guide ("Guide") must be followed in selecting the appropriate carrier for your shipment. To receive the latest version of this Guide, request a copy from the Dematic Buyer on this Purchase Order. Failure to follow the Guide may make the shipper responsible for freight costs and any applicable administrative charges. In special circumstances, deviation from the Dematic Freight Routing Guide may be allowed on an individual order basis if Dematic grants approval prior to shipment and must be documented in writing and agreed to by both parties. When deviation is permitted by Dematic, it will be authorized on an individual order basis and indicated on the Purchase Order, change notice to the purchase order, or revision to the specific Purchase Order.



# DEMATIC
www.dematic.com

**Purchase Order**
## 4501805697

03/09/2022

Dematic Preferred Freight Carriers (Domestic USA):
All shipments should be routed in accordance to the Dematic NA Routing Guide.
Routing Guide request can be sent to Dematic's Transportation department at  grrtransport@dematic.com

Creating Logistics Results | **DEMATIC**

DEMATIC CORP.
500 PLYMOUTH AVENUE NE
GRAND RAPIDS, MI 49505-6029
TELEPHONE: (616) 913-6200
WWW.DEMATIC.COM

1/26/2023

**Robogistics**
Salahuddin Wyatt-Khan
360 Central Avenue – Suite 800
St. Petersburg, FL 33701

Dear Salahuddin,

This Change Order reflects the changes in payment milestones for PO 4501541267.

The building cool down was planned to occur after the first SAT for the gantry cells at ambient temperature. As completion of the first gantry cell pushed out past the building cool down, the first SAT could not be completed at ambient temperature. A second SAT was planned to follow the cool down and would also take place be in the frozen environment for the gantry cells. With the SAT schedule pushing out, there will not be a SAT at ambient temperature, only at the frozen temperature.

Due to the changes described above, we have agreed to split the SAT payments to be based upon successful SAT for each Gantry system, with the final task of running both systems concurrently to complete SAT requirements on Gantry 2 (or whichever gantry is completed last). When the SAT for each Gantry is completed and the SAT document is signed by RCOE management, payment will be released for each milestone.
To complete the scope of work on this PO, the final payment will occur at the completion of standby support, the value of which aligns with the proposal.

The payment terms are detailed below, with the dates of completion provided by Robogistics. Payment terms on the PO for this activity, 4501541267, are Net 60. Earlier completion, per the table below, will result in improved payment terms to Robogistics. Dematic (& End user) must present a readiness and balanced condition automation system as outlined in the SAT document for Robogistics to conclude the scheduled SAT timeline as outlined on Table 1. Payments will not be delayed past the SAT date if all SAT tasks for gantry operation are completed. A delay in overall system, not caused by Robogistics, will not hold up the start of the SAT.

*Table 1: Updated Payment terms*

| Payment | PO 4501541267 | Amount | NET 60 Completion Date | NET 30 Completion Date | NET ZERO Completion Date |
|---|---|---|---|---|---|
| 6th | Gantry (East) 1 SAT Complete - Payment | $ 191,211.10 | 3/7/23 | 2/28/2023 | 2/17/2023 |
| 7th | Gantry (West) 2 SAT Complete - Payment | $ 191,211.10 | 4/7/23 | 3/31/2023 | 3/20/2023 |
| 8th | End of 4 weeks Standby Support - Payment | $ 181,350.00 | 5/5/23 | 4/28/2023 | 4/21/2023 |

Payment dates will be NET xx of the milestone SAT approvals as per the table above

**EXHIBIT 6**

DEMATIC CORP.
500 PLYMOUTH AVENUE NE
GRAND RAPIDS, MI 49505-6029
TELEPHONE: (616) 913-6200
WWW.DEMATIC.COM

Creating Logistics Results | **DEMATIC**

Dematic and Robogistics have agreed that Dematic will cover shipping costs of equipment to site. Any shipping cost that Robogistics has incurred, with approval by Dematic, for shipping efficiencies will be documented and costs shared with Dematic. Any remaining freight funds from the $60,000 estimate will be credited back to Dematic at completion of shipping.

*Table 2: Change Orders to Date*

| Dematic PO | Description | Amount |
|---|---|---|
| 4501541267 | Settlement for re-kickoff of project | $ 78,659.55 |
| 4501736285 | Hardware upgrade for freezer | $ 34,000.00 |
| 4501805697 | Rental equipment for install | $ 71,276.00 |

*Table 3: Agreement Record*

| AGREEMENT RECORD | |
|---|---|
| Original Agreement | $2,818,861.81 |
| Previous Change(s) to Date | $183,935.55 |
| Sub Total | $3,002,796.55 |
| This Change Order | $0.00 |
| Revised Agreement Total | $3,002,797.36 |

NOTE:
- **Payments will be made per the contract terms of NET 60**

Approved By
(Robogistics):    Salahuddin Wyatt-
Khan
Signature:  _____
Date:  Feb 8 2023_____
Title: President & CEO

Approved By
(Dematic):  **Asif Raza**_____
Signature:  *Asif Raza*_____
Date:  1.26.2023_____
Title:  Sr. Project Manager

# Robogistics
Robotic · Automation · Logistics

*Customer Focused – Technology Driven*

| | PROJECT TITLE: **Robotic Gantry Cell  Site Acceptance Test (S A T )** | PROJECT NO: | TEST DATE: |
|---|---|---|---|
| . | | VERSION NUMBER: 1.0 | |
| | | Page 1 of 11 | |

## Objective:

Verify that the Robogistics (RG) equipment as offered, ordered, and supplied by RG operates in accordance with the proposal and description of operation (SOO).  The Functional Test table below is used by both RG and Customer Representatives to test the system in accordance with these mutually agreed SAT document.

## Source of Acceptance Criteria:

Description of Operation – Signed Sequence of Operation Drawing –

Signed Layout see RG SAT document

Drawings – controls drawing – Share and add approved drawing set

Agreed SAT document RG SAT document and agreed appendix to be included

- Site Acceptance Test (SAT) will include set up of total of two (2)  gantry superstructure with (2) head(s) per superstructure  that include a total of four (4) two (2) per head  patented RG YZ & End of  Arm Tool (EOAT) layer gripper mounted to the RG Z beam and all safety features as offered and delivered by RG.
- SAT will be performed at customer location:
- All Super Structure and Gantry Heads working concurrently building one or multiple orders that were telegraphed by Customers WMS per the SOO and Customer Purchase Order.

Corporate Headquarters
3451 57th Street
Port Arthur, Texas 77642
USA

Regional Facility
360 Central Avenue, Suite 800
St. Petersburg, Fl 33701
USA

German Representation
Kurzes Geland 10, Suite 200
86156 Augsburg
Germany


**EXHIBIT 7**

# Robogistics
### Robotic · Automation · Logistics

*Customer Focused – Technology Driven*

| | PROJECT TITLE: **Robotic Gantry Cell  Site Acceptance Test (S A T )** | PROJECT NO: | TEST DATE: |
|---|---|---|---|
| | | VERSION NUMBER: 1.0 | |
| | | Page 1 of 11 | |

It is understood and expected that  in order for the Robogistics (RG) Automation to  perform and satisfy the  mechanical, electrical and controls architecture as ordered and built by RG that Dematic  Automation must present a balanced condition automation.

Expectation of Balanced Condition:

Correct SKU Data Table

Clean and none broken products packed per the SKU table and samples presented pre-proposal and during engineering review

Correct and clean product including  conveyable pallets (no broken pallet)

Full pallet presentation within the parameters of pallet and product dimensions (no overhang)

Consistent Utilities (Air – Power -  ETC.)

Consistent uninterrupted product flow

Consistent  uninterrupted data flow between Dematic and RG Automation

Corporate Headquarters
3451 57th Street

Port Arthur, Texas 77642
USA

Regional Facility

360 Central Avenue, Suite 800
St. Petersburg, Fl 33701

USA

German Representation
Kurzes Geland 10, Suite 200

86156 Augsburg
Germany

**Robogistics**

Robotic · Automation · Logistics

*Customer Focused – Technology Driven*

| PROJECT TITLE: **Robotic Gantry Cell  Site Acceptance Test (S A T )** | PROJECT NO: | TEST DATE: |
|---|---|---|
| | VERSION NUMBER: 1.0 | |
| | Page 1 of 11 | |

**Procedure:**

1. Verify SOO (Appendix )
2. Verify Layout (Appendix )
3. Follow the SAT document including of supplemental Appendix
4. For each test step where there is an "actual" or an "observed" column, the executor must write out the observed result. "As expected," or "as specified" is not an acceptable entry.
5. Go through each test step in the Functional Test chart below.
6. Record the "Actual Result" and check if the test step passed or failed.
7. Complete each test step.
8. Follow the approved SOO and signed layout and confirm that all electrical, pneumatic and HMI screens function.
9. It is understood that the final operator manual to be delivered after successful SAT two (2) – three (3) weeks after RG completed the changes that may have occurred were captured.

Note:   This document will be copied in order to execute the SAT for East Gantry as a priority.
          The Second copy will be used for the completion of the West Gantry and will also serve as the full Robogistics Gantry  system.

          Full SAT completion will  be satisfied based on each Gantry SAT approval.

Corporate Headquarters
3451 57th Street

Port Arthur, Texas 77642
USA

Regional Facility

360 Central Avenue, Suite 800
St. Petersburg, Fl 33701

USA

German Representation
Kurzes Geland 10, Suite 200

86156 Augsburg
Germany



*Customer Focused – Technology Driven*

| PROJECT TITLE:<br>Robotic Gantry Cell  Site Acceptance Test (S A T) | | | PROJECT NO: | TEST DATE: |
|---|---|---|---|---|
| | | | VERSION NUMBER:<br>1.0 | |
| | | | Page 1 of<br>11 | |

| | Acceptance Test | | | | |
|---|---|---|---|---|---|
| **Step** | **Test** | **Expected Result** | **Actual Result** | **Pass/ Fail** | **Confirmation (Initial and Date)** |
| | | | | | |
| 1 | Gantry  EOAT  setup | • Demonstrate gantry EOAT pick or place position setup with using the HMI screens. | | ☐ Pass<br><br>☐ Fail | |
| 2 | Validate  System  Safety<br>• Confirm all E-stops on the cell stop the robot when activated | • Cell is E-stopped when an E-stop pushbutton is activated.<br>• Confirm that the cell is restarted after clearing & resetting the E-stop using the HMI. | | ☐ Pass<br><br>☐ Fail | |

Corporate Headquarters
3451 57th Street

Port Arthur, Texas 77642
USA

Regional Facility

360 Central Avenue, Suite 800
St. Petersburg, Fl 33701

USA

German Representation
Kurzes Geland 10, Suite 200

86156 Augsburg
Germany

**Robogistics**
Robotic · Automation · Logistics

*Customer Focused – Technology Driven*

| | PROJECT TITLE:<br>Robotic Gantry Cell  Site Acceptance Test (S A T ) | | PROJECT NO: | TEST DATE: |
|---|---|---|---|---|
| | | | VERSION NUMBER:<br>1.0 | |
| | | | Page 1 of<br>11 | |

| | | | | | |
|---|---|---|---|---|---|
| 3 | Validate  System  Safety<br>• Confirm safety door stops the robot when opened. | • Cell is E-stopped when the door is opened<br>• Confirm that the cell is restarted after clearing & resetting the E-stop using the HMI.<br>• Door access request to enter cell at Gate switch | | ☐ Pass<br><br>☐ Fail | |
| 4 | Validate  System  Safety<br>• Confirm light curtain properly stops the robot in a safe manner | • Cell is E-stopped when the light curtain is breached<br>• Confirm that the cell is restarted after clearing & resetting the E-stop using the HMI. | | ☐ Pass<br><br>☐ Fail | |
| 5 | Cell Stack Lights and Alarm horn:<br>• Review each stack light and confirm it functions as described in the published | • Red - (solid) Machine down, safety device tripped<br>• Yellow – (Solid) Machine in fault mode<br>• Yellow – (Flashing) faults cleared waiting for reset.<br>• Green – (Solid) Machine not faulted.  Readu for automatic mode. | | ☐ Pass<br><br>☐ Fail | |

Corporate Headquarters
3451 57th Street

Port Arthur, Texas 77642
USA

Regional Facility

360 Central Avenue, Suite 800
St. Petersburg, Fl 33701

USA

German Representation
Kurzes Geland 10, Suite 200

86156 Augsburg
Germany

**Robogistics**
Robotic · Automation · Logistics

*Customer Focused – Technology Driven*

| | PROJECT TITLE:<br>Robotic Gantry Cell  Site Acceptance Test (S A T) | | PROJECT NO: | TEST DATE: |
|---|---|---|---|---|
| | | | VERSION NUMBER:<br>1.0 | |
| | | | Page 1 of<br>11 | |

| | Description of Operation | • Green – (Flashing) Machine is ready for automatic mode but has not been started<br>• Alarm Horn – (5 continuous beeps) Machine startup<br>• Alarm Horn – (1 second repeating) Machine fault or Estop pressed | | | |
|---|---|---|---|---|---|
| 6 | Layout Review | • Review the RG cell layout and compare to the actual placement of Robot, customer supplies Conveyor, E-stops, and cabinet locations to confirm assembly matches.<br>• | | ☐ Pass<br><br>☐ Fail | |
| 7 | Electrical Drawing Review | • Electrical drawing(s) must match the cell assembly or show red line markups with date of change.  Final documentation will match the Cell for SAT.  Final documentation will be provided with the User manuals within 2-3 weeks after SAT (.dwg sent over)<br>• Verify that all panels are designed as quoted and ordered.<br>• UL cert sticker and NFPA79 check | | ☐ Pass<br><br>☐ Fail | |

Corporate Headquarters
3451 57th Street

Port Arthur, Texas 77642
USA

Regional Facility

360 Central Avenue, Suite 800
St. Petersburg, Fl 33701

USA

German Representation
Kurzes Geland 10, Suite 200

86156 Augsburg
Germany

# Robogistics
## Robotic · Automation · Logistics

*Customer Focused – Technology Driven*

| | PROJECT TITLE:<br>**Robotic Gantry Cell Site Acceptance Test (S A T )** | | PROJECT NO: | TEST DATE: |
|---|---|---|---|---|
| | | | VERSION NUMBER:<br>1.0 | |
| | | | Page 1 of<br>11 | |

| | | | | |
|---|---|---|---|---|
| 8 | **Pneumatic Drawing Review** | • Pneumatic drawing(s) must match the cell assembly or show red line markups with date of change. Final documentation will match the Cell for SAT. | | ☐ Pass<br><br>☐ Fail |
| 9 | **HMI Station function/functional test:** | • 8.1 Infeed conveyor can communicate with RG system, Signals check on the HMI Screen.<br>• 8.2 Gantry Head(s) can be manually moved to a safe home position from HMI.<br>• 8.3 Gantry Head(s) can be manually moved to a maintenance position to work position from HMI.<br>• 8.4 Gantry Head(s) can be manually moved to a work position from HMI.<br>• 8.5 EOAT vacuum actuator can be manually cycled from HMI.<br>• Confirm the pallet donor shuttle (PS02) can be controlled from the cell HMI<br>• Confirm the pallet order shuttle (DS01) can be controlled by from the cell HMI<br>• Make sure the status is visible on the HMI. (running, faulted, E-stop, etc. ) | | ☐ Pass<br><br>☐ Fail |

Corporate Headquarters
3451 57th Street

Port Arthur, Texas 77642
USA

Regional Facility

360 Central Avenue, Suite 800
St. Petersburg, Fl 33701

USA

German Representation
Kurzes Geland 10, Suite 200

86156 Augsburg
Germany



**Robogistics**
Robotic · Automation · Logistics

*Customer Focused – Technology Driven*

| PROJECT TITLE: | | PROJECT NO: | TEST DATE: |
|---|---|---|---|
| Robotic Gantry Cell  Site Acceptance Test (S A T ) | | VERSION NUMBER: 1.0 | |
| | | Page 1 of 11 | |

| | | | | | |
|---|---|---|---|---|---|
| | | • 8.6 HMI Security login levels (security access levels) – If Option was purchased. <br> • 8.7 All HMI Screens with their functions and buttons will be tested as well RG product as per proposal. | | | |
| 10 | Sunny day run – Gantry executes a mission | • Gantry picks pallet from shuttle <br> • Gantry places pallet on WCS designated pallet stand and sends completion message <br> • Gantry picks pallet from WCS designated stand <br> • Gantry places pallet onto outbound shuttle and sends completion message | | ☐ Pass <br><br> ☐ Fail | |
| 11 | EOAT anomaly recovery: <br> • Case dropped after successful pick. (Dropped in transit) | • HMI displays dropped product fault. <br> • Operator must remove product and abort. <br> • HMI displays Process Fault. <br> • Partial drop/ torque change / sensors on the track. | | ☐ Pass <br><br> ☐ Fail | |

Corporate Headquarters
3451 57th Street

Port Arthur, Texas 77642
USA

Regional Facility

360 Central Avenue, Suite 800
St. Petersburg, Fl 33701

USA

German Representation
Kurzes Geland 10, Suite 200

86156 Augsburg
Germany

# ROBOGISTICS
Robotic · Automation · Logistics

*Customer Focused – Technology Driven*

| | PROJECT TITLE: Robotic Gantry Cell  Site Acceptance Test (S A T) | | PROJECT NO: | TEST DATE: |
|---|---|---|---|---|
| | | | VERSION NUMBER: 1.0 | |
| | | | Page 1 of 11 | |

| 12 | EOAT anomaly recovery: <br>• Pallet dropped after successful pick. (Dropped in transit) | • HMI displays dropped product fault. <br>• Operator must remove product and abort. <br>• HMI displays Process Fault. | | ☐ Pass <br><br> ☐ Fail | |
|---|---|---|---|---|---|
| 13 | EOAT anomaly recovery: <br>• Failure to pick the layer. | • HMI displays Pick Process Fault. <br>• Operator can retry the pick or abort if damaged. | | ☐ Pass <br><br> ☐ Fail | |
| 14 | Anomaly Recovery: <br>• No product present and clamps have either no torque or position error. No product was in pick position. | • HMI displays Clamp Process Fault. <br>• Operator can retry the pick or abort if confirmation of no product present. <br>• Operator resets faults, and clears any pallet stand data conflicting with the actual product present in stand. | | ☐ Pass <br><br> ☐ Fail | |

Corporate Headquarters
3451 57th Street

Port Arthur, Texas 77642
USA

Regional Facility

360 Central Avenue, Suite 800
St. Petersburg, Fl 33701

USA

German Representation
Kurzes Geland 10, Suite 200

86156 Augsburg
Germany



*Customer Focused – Technology Driven*

| | PROJECT TITLE:<br>**Robotic Gantry Cell  Site Acceptance Test (S A T )** | | | PROJECT NO: | TEST DATE: |
|---|---|---|---|---|---|
| | | | | VERSION NUMBER:<br>1.0 | |
| | | | | Page l of<br>11 | |

| | | | | | |
|---|---|---|---|---|---|
| 15 | **Anomaly Recovery:**<br>• Gantry is turned off for maintenance. | • Gantry HMI displays WCS fault.<br>• Operator cancels the order at Supervisory HMI.<br>• WCS reroutes order if possible.<br>• Operator / maintenance resumes operation of gantry when possible. | | ☐ Pass<br><br>☐ Fail | |
| 16 | **Anomaly Recovery:**<br>• Max or Min height on destination pallet exceeded.  The Z coordinate of the destination is too high. | • HMI displays commanded position fault. Operator aborts the cycle.<br>• Engineer /maintenance checks position of Z axis, layer heights at the order position and the clearance offset to determine which may be incorrect.<br>• Engineer / maintenance corrects issue, reset fault and restarts. | | ☐ Pass<br><br>☐ Fail | |
| 17 | **Anomaly Recovery:**<br>• Failure to place pallet on shuttle. | • HMI displays Place Process Fault.<br>• Operator can retry the pick or abort if damaged.<br>• Operator removes the cases and pallet from the cell and places the outside the gantry cell<br>• Operator aborts the cycle. Reset fault and restarts. | | ☐ Pass<br><br>☐ Fail | |

Corporate Headquarters
3451 57th Street

Port Arthur, Texas 77642
USA

Regional Facility

360 Central Avenue, Suite 800
St. Petersburg, Fl 33701

USA

German Representation
Kurzes Geland 10, Suite 200

86156 Augsburg
Germany

# Robogistics
Robotic · Automation · Logistics

*Customer Focused – Technology Driven*

| | PROJECT TITLE:<br>**Robotic Gantry Cell  Site Acceptance Test ( S A T )** | | PROJECT NO: | TEST DATE: |
|---|---|---|---|---|
| | | | VERSION NUMBER:<br>1.0 | |
| | | | Page 1 of<br>11 | |

| | | | | |
|---|---|---|---|---|
| 18 | EOAT  anomaly  recovery:<br>• Failure to pick the pallet. | • HMI displays Pick Process Fault.<br>• Operator can retry the pick or abort if damaged.<br>• | | ☐ Pass<br><br>☐ Fail |
| 19 | EOAT anomaly recovery:<br>Crash detects | • Crash detect will be checked and errors will shown in HMI we will need to discuss and confirm if optional | | ☐ Pass<br><br>☐ Fail |

| | | | | |
|---|---|---|---|---|
| 20 | Power  Failure  Recovery:<br>• Simulate a loss of power to the plant, how does the system recover? | • Power restoration<br>• Cell inspection<br>• Gantry recovery<br>• Confirmation to continue or abort.<br>• Restart cell or remove product then restart<br>• Power off for each Head(s) | | ☐ Pass<br><br>☐ Fail |
| | Gantry recovery: | • E-stop is cleared. Faults are reset. Resume operation after E-stop. | | |

Corporate Headquarters
3451 57th Street

Port Arthur, Texas 77642
USA

Regional Facility

360 Central Avenue, Suite 800
St. Petersburg, Fl 33701

USA

German Representation
Kurzes Geland 10, Suite 200

86156 Augsburg
Germany



*Customer Focused – Technology Driven*

| | PROJECT TITLE:<br>**Robotic Gantry Cell  Site Acceptance Test (S A T )** | | PROJECT NO: | TEST DATE: |
|---|---|---|---|---|
| | | | VERSION NUMBER:<br>1.0 | |
| | | | Page l of<br>11 | |

| | | | | |
|---|---|---|---|---|
| 21 | • E-stop  recovery | | | ☐ Pass<br><br>☐ Fail |
| 22 | Gantry recovery:<br>• Cycle Stop  request | • Cycle stop request, robot finishes its move and stops. | | ☐ Pass<br><br>☐ Fail |
| 23 | Gantry recovery: | • HMI displays collision detect on the robot. The robot needs to be sent to | | ☐ Pass |

Corporate Headquarters
3451 57th Street

Port Arthur, Texas 77642
USA

Regional Facility

360 Central Avenue, Suite 800
St. Petersburg, Fl 33701

USA

German Representation
Kurzes Geland 10, Suite 200

86156 Augsburg
Germany

# ROBOGISTICS
### Robotic · Automation · Logistics

*Customer Focused – Technology Driven*

| PROJECT TITLE:<br>**Robotic Gantry Cell  Site Acceptance Test (S A T )** | PROJECT NO: | TEST DATE: |
|---|---|---|
| | VERSION NUMBER:<br>1.0 | |
| | Page 1 of<br>11 | |

| | | | | | |
|---|---|---|---|---|---|
| | Failure to pick and place caused by collision. | the maintenance position and inspected for damage. (may with manually jog H1+H2) | | ☐ Fail | |
| 24 | EOAT test<br>Robot can engage the minimum and maximum dimension product as well as minimum and maximum product weight. | • Gantry can engage the minimum dimension product.<br>• Gantry can engage the maximum dimension product.<br>• Gantry can engage all 3 pallet types | | ☐ Pass<br><br>☐ Fail | |
| 25 | Rate Testing:<br>• Layers per pallet stack<br>• Pallet cycle time | • Pick a full pallet from the pick position and place it on the target pallet.  Repick that full pallet and place it on the outbound conveyor. Then pick a layer from a pallet and place it on a conveyor.<br>• Verify layers per minute per cell for layer removing.<br>• Verify moves per minute per cell for pallet moving.<br>• Overall movement and layer pick will be calculated / measured.<br>• Rates from contract: See Appendix 1 below | Case layer forming  Rate: | ☐ Pass<br><br>☐ Fail | |

Corporate Headquarters
3451 57th Street

Port Arthur, Texas 77642
USA

Regional Facility

360 Central Avenue, Suite 800
St. Petersburg, Fl 33701

USA

German Representation
Kurzes Geland 10, Suite 200

86156 Augsburg
Germany



**Robotic · Automation · Logistics**

*Customer Focused – Technology Driven*

| | | | | | |
|---|---|---|---|---|---|
| 26 | • PC / Customer Interface (placeholder to be reviewed with software team) | • Verify / Test communication with customer WMS<br>• Follow the WCS interface spec document to confirm all messaging and codes have been tested between Robogistics and Dematic WCS. | | ☐ Pass<br><br>☐ Fail | |
| 27 | • Punchlist item review and agreement | • Agree to Action Items.<br>• Agree to the mutually agreed Punchlist. | | ☐ Pass<br><br>☐ Fail | |
| 28 | Individual Gantrys run as a live System utilizing WCS with live DOT Foods product | • Test product is setup through WCS and conveyor transports pallets from the Monorail to the Gantry. (Dematic)<br>• Gantry moves product into the field, builds pallets, and moves completed pallets to the outbound shuttle without fault. (Robogistics)<br>• Finished pallet are conveyed outbound and back to the monorail. | | ☐ Pass<br><br>☐ Fail | |

Corporate Headquarters
3451 57th Street
Port Arthur, Texas 77642 USA
Phone: +1 409.332.0639

Regional Facility
360 Central Avenue, Suite 800
St. Petersburg, Fl 33701 USA
Phone: +1 888.204.4071

German Representation
Kurzes Geland 10, Suite 200
86156 Augsburg - Germany
Phone: +49.176.98 58 433



*Customer Focused – Technology Driven*

| | | | | |
|---|---|---|---|---|
| 29 | Full system run - Gantrys run together as a full live System test utilizing WCS and live DOT product | • Test product is setup through WCS and conveyor transports pallets from the Monorail to the Gantry. (Dematic)<br>• Gantry moves product into the field, builds pallets, and moves completed pallets to the outbound shuttle without fault. (Robogistics)<br>• Finished pallet are conveyed outbound and back to the monorail. (Dematic)<br>• This flow will ensure full system integration.<br>• The live run will consist of a full day of running the system. | | ☐ Pass<br><br>☐ Fail |
| 30 | Review Draft documentation | • Operator Document<br>• Parts List<br>• Copies of the programs. (anything not IP)<br>• Drawings in .dwg format (anything not IP) | | ☐ Pass<br><br>☐ Fail |
| 31 | Training | • Initial Operator / or Maintenance Document<br>• Optional Training Purchased | | ☐ Pass<br><br>☐ Fail |

**Corporate Headquarters**
3451 57th Street
Port Arthur, Texas 77642 USA
Phone: +1 409.332.0639

Regional Facility
360 Central Avenue, Suite 800
St. Petersburg, Fl 33701 USA
Phone: +1 888.204.4071

German Representation
Kurzes Geland 10, Suite 200
86156 Augsburg - Germany
Phone: +49.176.98 58 433



*Customer Focused – Technology Driven*

**Appendix 1 – Rates from Proposal**

Corporate Headquarters
3451 57th Street
Port Arthur, Texas 77642 USA
Phone:  +1 409.332.0639

Regional Facility
360 Central Avenue, Suite 800
St. Petersburg, Fl 33701 USA
Phone:  +1 888.204.4071

German Representation
Kurzes Geland 10, Suite 200
86156 Augsburg - Germany
Phone:  +49.176.98 58 433



*Customer Focused – Technology Driven*

## 8. Rates Per Q 144553-Turn-Key Layer Picking Gantry Cell 9-17-2020 Per Section 1.8

The robotic layer picking system is required to perform at a total contract rate of 3.66 layers per min and 3.62 pallet moves per min for a total of 7.28 moves per min at 85% utilization with the proposed layout. These rates are based on the following information:

- Average layers per donor pallets: 5
- Empty pallets per stack: 8
- Average layers per order pallet: 6.4
- Average layers per pick: 1.5
- Donor Pallets Inbound per hour: 167 PPH
- Empty Pallets placed in Pallet Position: 52 PPH
- Order Pallets per hour moved out of the field: 52 PPH
- Donor Pallets Outbound (Residuals) per hour: 167 PPH
- Empty Pallet Stacks per hour moved to the field: 7 PPH

Per our discussions and mutual understanding and agreement Robogistics is not making any rate guarantees which involve the sequencing of work into and out of the gantries, workload balance, etc. These factors are dependent on decisions made by Dematic's WCS. Robogistics will provide average cycle times for the various types of missions: Move a full pallet, move a layer, move an empty pallet. Robogistics can advise Dematic as needed in estimating the overall rate with a given set of assumptions.

Robogistics Gantry Cycle Times Per Gantry

- Average Layer Picking Cycle Time: 22.12
- Average Empty Pallet Picking Cycle Time: 21.79
- Average Donor Pallet to Floor Cycle Time: 23.95
- Average Order Pallet to the Outfeed Conveyor Cycle Time: 23.95
- Average Residual Pallets to Outfeed: 23.95
- Average Stack of Empty Pallets to the Floor: 21.84

Corporate Headquarters
3451 57th Street
Port Arthur, Texas 77642 USA
Phone: +1 409.332.0639

Regional Facility
360 Central Avenue, Suite 800
St. Petersburg, Fl 33701 USA
Phone: +1 888.204.4071

German Representation
Kurzes Geland 10, Suite 200
86156 Augsburg - Germany
Phone: +49.176.98 58 433



*Customer Focused – Technology Driven*

**Your signature below indicates that you have had the opportunity to view the equipment, and with the revisions or additions you outlined above, it meets contracted specifications to the best of your knowledge. Also, that you understand the addition of additional requested alternations may result in additional charges and shipping delays of change order parts, which must be negotiated by you or an authorized representative of the buyer prior to correction.**

**Comments: (Initial/Date)**

**Authorized End User Signature**

_____

**Print Name**

_____

**Title**

_____

**Date**

_____

**Authorized Signature Dematic**

_____

**Print Name**

_____

**Title**

_____

_____

**Authorized Signature Robogistics LLC**

_____

**Print Name**

_____

**Title**

_____

_____

Corporate Headquarters
3451 57th Street
Port Arthur, Texas 77642 USA
Phone:  +1 409.332.0639

Regional Facility
360 Central Avenue, Suite 800
St. Petersburg, Fl 33701 USA
Phone:  +1 888.204.4071

German Representation
Kurzes Geland 10, Suite 200
86156 Augsburg - Germany
Phone:  +49.176.98 58 433